B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kowalewski, Kim** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-2429** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**902 10th Ave**<br>**Rockford, IL**<br>ZIP Code **61104** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Winnebago** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(1/08)                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kowalewski, Kim** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **Blackhawk Hobby Distributors, Inc** | Case Number: | Date Filed: |
|---|---|---|
| District: **N.D. IL W.D.** | Relationship: **Owner** | Judge: **Manuel Barbosa** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)        (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Kowalewski, Kim**

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Kim Kowalewski**
Signature of Debtor  **Kim Kowalewski**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**March 12, 2009**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X  **/s/ Bernard J. Natale**
Signature of Attorney for Debtor(s)

**Bernard J. Natale 2018683**
Printed Name of Attorney for Debtor(s)

**Bernard J. Natale, Ltd**
Firm Name

**6833 Stalter Dr., Suite 201**
**Rockford, IL 61108**

_____
Address

**Email: natalelaw@bjnatalelaw.com**
**(815) 964-4700  Fax: (815) 316-4646**
Telephone Number

**March 12, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Kim Kowalewski**                                              Case No.

_____    Chapter    **7**
                                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐  4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐  Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐  Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Kim Kowalewski**
                     **Kim Kowalewski**

Date:  **March 12, 2009**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Kim Kowalewski** _____,    Case No. _____

                                              Debtor

                                              Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 450,000.00 | | |
| B - Personal Property | Yes | 3 | 8,112.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 901,923.22 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 37,230.16 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 31 | | 576,100.17 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 12 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 3,643.00 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,357.00 |
| Total Number of Sheets of ALL Schedules | | 56 | | | |
| | Total Assets | | 458,112.00 | | |
| | | Total Liabilities | | 1,515,253.55 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Kim Kowalewski**
_____ ,
Debtor

Case No. _____

Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

.

In re      **Kim Kowalewski**                                        ,      Case No. _____
                                                  Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Location: 902 10th Ave, Rockford IL** | **Fee simple** | - | **50,000.00** | **95,002.01** |
| **5600 - 5608 N 2nd St & 422-426 Grand Ave, Loves Park, IL** | **Purchaser on Agreement for Deed** | - | **400,000.00** | **525,000.00** |

| | | |
|---|---|---|
| Sub-Total > | **450,000.00** | (Total of this page) |
| Total > | **450,000.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Kim Kowalewski**                                                                                    Case No. _____

,

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **US Bank - checking for Tomorrow is Yesterday** | - | 80.00 |
| | | **US Bank - checking** | - | 100.00 |
| | | **US Bank - checking** | - | 80.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Commonwealth Edison - utility deposit** | - | 900.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Normal complement of household goods** | - | 2,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Normal complement of clothing** | - | 250.00 |
| 7.  Furs and jewelry. | | **Misc jewelry and wristwatch** | - | 200.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **(2) New York Life - whole life insurance - sister is beneficiay - policies subject to loans of $4000.** | - | 842.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  |  |  |  | Sub-Total >        **4,452.00** |
|---|---|---|---|---|
|  |  |  |  | (Total of this page) |

___**2**___ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Kim Kowalewski**
_____,          Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% of Blackhawk Hobby Distributors, Inc** | - | **0.00** |
| | | **100% of Tomorrow Is Yesterday, Inc** | - | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Possible 2008 tax refunds but subject to seizure by IRS and State of Illinois for unpaid various corporate taxes.** | - | **1.00** |
| | | **Tomorrow Is Yesterday - loan due officer - $136,335 - collection is doubtful** | - | **0.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >         **1.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Kim Kowalewski**                                              ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Toyota Highlander** | - | **3,500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Home computer, printer and fax** | - | **150.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **9 cats** | - | **9.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >   **3,659.00**
(Total of this page)

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Total >   **8,112.00**

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re   **Kim Kowalewski**                                                    ,   Case No. _____
                                                                Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Location: 902 10th Ave, Rockford IL | **735 ILCS 5/12-901** | **15,000.00** | **50,000.00** |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| US Bank - checking for Tomorrow is Yesterday | 735 ILCS 5/12-1001(b) | **80.00** | **80.00** |
| US Bank - checking | 735 ILCS 5/12-1001(b) | **100.00** | **100.00** |
| US Bank - checking | 735 ILCS 5/12-1001(b) | **80.00** | **80.00** |
| | | | |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| Commonwealth Edison - utility deposit | 735 ILCS 5/12-1001(b) | **281.00** | **900.00** |
| | | | |
| **Household Goods and Furnishings** | | | |
| Normal complement of household goods | 735 ILCS 5/12-1001(b) | **2,000.00** | **2,000.00** |
| | | | |
| **Wearing Apparel** | | | |
| Normal complement of clothing | 735 ILCS 5/12-1001(a) | **250.00** | **250.00** |
| | | | |
| **Furs and Jewelry** | | | |
| Misc jewelry and wristwatch | 735 ILCS 5/12-1001(b) | **200.00** | **200.00** |
| | | | |
| **Interests in Insurance Policies** | | | |
| (2) New York Life - whole life insurance - sister is beneficiay - policies subject to loans of $4000. | 735 ILCS 5/12-1001(f) | **842.00** | **842.00** |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2003 Toyota Highlander | 735 ILCS 5/12-1001(c) | **2,400.00** | **3,500.00** |
| | 735 ILCS 5/12-1001(b) | **1,100.00** | |
| | | | |
| **Office Equipment, Furnishings and Supplies** | | | |
| Home computer, printer and fax | 735 ILCS 5/12-1001(b) | **150.00** | **150.00** |
| | | | |
| **Animals** | | | |
| 9 cats | 735 ILCS 5/12-1001(b) | **9.00** | **9.00** |

|  | | Total: | **22,492.00** | **58,111.00** |

___0___  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                 Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Kim Kowalewski**                                    ,       Case No. _____

_____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Amcore Bank, NA**<br>**PO Box 1537**<br>**Rockford, IL 61110** | X | - | **2006**<br><br>**UCC**<br><br>**All Business Assets of Tomorrow is Yesterday** | | | | | |
| | | | Value $       **34,659.00** | | | | 12,836.00 | 0.00 |
| Account No.<br><br>**First National Bank & Trust**<br>**345 E Grand Ave**<br>**Beloit, WI 53511** | X | - | **All Business Assets of Blackhawk Hobby** | | | | | |
| | | | Value $       **327,005.37** | | | | 132,731.21 | 0.00 |
| Account No.<br><br>**Illinois Department of Revenue**<br>**200 S. Wyman - #306**<br>**Rockford, IL 61101-1234** | X | - | **2007**<br><br>**Tax Lien/Sales Taxes** | | | | | |
| | | | Value $       **34,659.00** | | | | 14,984.00 | 0.00 |
| Account No.<br><br>**Neal Rieken**<br>**1121 South West Pine Tree Lane**<br>**Palm City, FL 34990** | X | - | **02/21/2008**<br><br>**Mortgage**<br><br>**Location: 902 10th Ave, Rockford IL** | | | | | |
| | | | Value $       **50,000.00** | | | | 95,002.01 | 45,002.01 |

  **1**   continuation sheets attached

                            Subtotal                        **255,553.22**      **45,002.01**
                         (Total of this page)

B6D (Official Form 6D) (12/07) - Cont.

In re __**Kim Kowalewski**_____,    Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | | |
| Account No. | | | | | 12/1994 | | | | | |
| Neal Rieken 1121 South West Pine Tree Lane Palm City, FL 34990 | - | | | | Seller on Agreement for Deed 5600 - 5608 N 2nd St & 422-426 Grand Ave, Loves Park, IL | | | | | |
| | | | | | Value $            400,000.00 | | | | 525,000.00 | 125,000.00 |
| Account No. | | | | | 2000 & 2005 | | | | | |
| Wizards of the Coast, Inc 1801 Lind Ave SW Renton, WA 98055 | - | | | | UCC Inventory - board, card and miniture games (fmv based on cost) | | | X | | |
| | | | | | Value $            280,981.75 | | | | 121,370.00 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet __1___ of __1___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 646,370.00 | 125,000.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 901,923.22 | 170,002.01 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Kim Kowalewski** _____ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re    **Kim Kowalewski**                                                    ,    Case No. _____
                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | 1st qtr 2009 | | | | | | |
| **Illinois Department of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338** | X | - | | **Sale Tax for Tomorrow is Yesterday** | | | | | **0.00** | |
| | | | | | | | | **3,500.00** | | **3,500.00** |
| Account No. | | | | 3rd & 4th qtr 2007 | | | | | | |
| **Internal Revenue Service CCP-LU ACS Correspondence PO Box 145566  STOP 813G  CSC Cincinnati, OH 45250-5566** | X | - | | **Federal Tax Lien for Payroll Taxes for Blackhawk Hobby Distributors, Inc.** | | | X | | **0.00** | |
| | | | | | | | | **22,340.16** | | **22,340.16** |
| Account No. | | | | 3 & 4 quarters 2007 and 1st qtr 2009 | | | | | | |
| **Internal Revenue Service 211 S. Court Street Rockford, IL 61101** | X | - | | **Payroll Taxes for Tomorrow is Yesterday** | | | | | **2,800.00** | |
| | | | | | | | | **11,390.00** | | **8,590.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | **37,230.16** | **2,800.00** **34,430.16** |
| | Total (Report on Summary of Schedules) | **37,230.16** | **2,800.00** **34,430.16** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re   **Kim Kowalewski** _____ ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **ACD Distribution** <br> **2841 Index Road** <br> **Madison, WI 53713** | X | - | | | Trade debt | | | | 2,774.68 |
| Account No. <br><br> **Aegis Studios** <br> **238 Grand Avenue** <br> **Loves Park, IL 61111** | X | - | | | Trade debt | | | X | 10.00 |
| Account No. <br><br> **Alderac Entertainment Group** <br> **4045 Guasti Road - #210** <br> **Ontario, CA 91761** | X | - | | | Trade debt | | | X | 7,589.52 |
| Account No. <br><br> **Amarillo Design Bureau, Inc.** <br> **PO Box 8759** <br> **Amarillo, TX 79114-8759** | X | - | | | Trade debt | | | X | 905.27 |

___30___ continuation sheets attached

Subtotal
(Total of this page)    **11,279.47**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    S/N:36076-090310    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kim Kowalewski**                                                                ,     Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | - | | | Trade Debt | | | | |
| **Amcore Bank, NA** **PO Box 1537** **Rockford, IL 61110** | | | | | | | | | 132.14 |
| Account No. **xxxxxx2979** | | - | | | Loan | | | | |
| **Amcore Bank, NA** **PO Box 1537** **Rockford, IL 61110** | | | | | | | | | 900.00 |
| Account No. | X | - | | | Trade debt | | | | |
| **American Express Bank** **PO Box 0001** **Los Angeles, CA 90096-0001** | | | | | | | | | 8,149.02 |
| Account No. | X | - | | | Trade debt | | | | |
| **American Express Bank** **PO Box 0001** **Los Angeles, CA 90096-0001** | | | | | | | | | 3,999.73 |
| Account No. | X | - | | | Trade debt | | | | |
| **AMSAN** **13924 Collection Center Drive** **Chicago, IL 60693** | | | | | | | | | 534.45 |

| | | |
|---|---|---|
| Sheet no. __1__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 13,715.34 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kim Kowalewski**                                              ,    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Asmodee Editions** **55 Avenue DuMont Royal Ques - #207** **Montreal Quebec** **CANADA** | X | - | | | | X | 1,908.80 |
| Account No. | | | Telephone | | | | |
| **AT&T** **PO Box 8100** **Aurora, IL 60507-8100** | X | - | | | | X | 182.38 |
| Account No. | | | Telephone | | | | |
| **AT&T** **Bankruptcy Department** **6021 S. Rio Grande Avenue** **Orlando, FL 32859** | X | - | | | | | 211.91 |
| Account No. | | | Trade debt | | | | |
| **Atlas Games** **885 Pierce Butler Route** **Saint Paul, MN 55104-1522** | X | - | | | | X | 4,041.68 |
| Account No. | | | NOTICE ONLY | | | | |
| **Attorney Travis Porter** **Greenspan & Douglas, Inc.** **2921 E. Ft. Lowell Rd. - Ste 113** **Calumet, MN 55716** | X | - | | | | X | Unknown |

Sheet no. __2___ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,344.77

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kim Kowalewski**                                                                                              ,   Case No. _____
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Australian Design Group** **15100 East Castle Drive** **Wichita, KS 67230** | X | - | | | | X | 390.53 |
| Account No. | | | Trade debt | | | | |
| **Avalanche Press Ltd.** **543 Central Drive - Suite 220** **Virginia Beach, VA 23454** | X | - | | | | X | 1,157.67 |
| Account No. xxxx-xxxx-xxxx-6324 | | | Credit Card | | | | |
| **Bank of America** **PO Box 15726** **Wilmington, DE 19886-5726** | | - | | | | | 23,507.00 |
| Account No. xxxx-xxxx-xxxx-5011 | | | Credit Card | | | | |
| **Bank of America** **PO Box 15726** **Wilmington, DE 19886-5726** | | - | | | | | 16,369.12 |
| Account No. | | | Trade debt | | | | |
| **Beckett Media, LP** **4635 McEwen Drive** **Dallas, TX 75244-5308** | X | - | | | | | 761.19 |

Sheet no. __3__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **42,185.51**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kim Kowalewski**                                              ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Loan | | | | |
| **Blackhawk Hobby & Distributors, Inc** 5600 N 2nd St Loves Park, IL 61111 | X | - | | | | | | 31,846.00 |
| Account No. | | | | Trade debt | | | | |
| **Blackhawk Hobby Distributors** 14225 Hansberry Road Rockton, IL 61072 | X | - | | | | | | 4,324.49 |
| Account No. | | | | Repairs | | | | |
| **Bonnel Heating & A/C, Inc.** 2107 Nimtz Road Loves Park, IL 61111 | X | - | | | | | X | 93.75 |
| Account No. | | | | Trade debt | | | | |
| **Bounding Fire Productions** 7708A Mullen Drive Austin, TX 78757 | X | - | | | | | X | 360.00 |
| Account No. | | | | Credit Card | | | | |
| **Business Card** PO Box 15710 Wilmington, DE 19886-5710 | X | - | | | | | | 13,624.04 |

Sheet no. __4___ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **50,248.28**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kim Kowalewski**                                                              ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Chaosium, Inc.** <br> **22568 Mission Blvd. - #423** <br> **Hayward, CA 94541** | X | - | Trade debt | | | X | 584.48 |
| Account No. <br> **Charles May** <br> **1001 West Frontage Road** <br> **191 Thunderbird Villa** <br> **South Gate, CA 90280** | | - | Personal Loan | | | | 7,102.00 |
| Account No. <br> **Charter Service** <br> **PO Box 3255** <br> **Milwaukee, WI 53201-3255** | X | - | Trade debt | | | X | 269.99 |
| Account No. <br> **Citi Cards** <br> **PO Box 68891** <br> **Des Moines, IA 50368-8911** | X | - | Credit Card | | | | 562.76 |
| Account No. **xxxx-xxxx-xxxx-4285** <br> **Citi Cards** <br> **PO Box 6000** <br> **The Lakes, NV 89163-6000** | | - | Credit Card | | | | 23,707.00 |

Sheet no. __5___ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

32,226.23

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kim Kowalewski**                                                      ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxxxxx3932** | | | Credit Card | | | | |
| **Citi Cards** **PO Box 6000** **The Lakes, NV 89163-6000** | - | | | | | | 1,915.00 |
| Account No. **xxxx-xxxx-xxxx-8510** | | | Credit Card | | | | |
| **Citi Cards** **PO Box 6000** **The Lakes, NV 89163-6000** | - | | | | | | 19,671.29 |
| Account No. **xxxxxx3598** | | | Personal Loan | | | | |
| **Citi Ready Credit** **PO Box 688911** **Des Moines, IA 50368-8911** | - | | | | | | 11,707.76 |
| Account No. | | | Trade debt | | | | |
| **Clash of Arms Games** **PO Box 212** **DE 19742** | X - | | | | | X | 4,327.20 |
| Account No. | | | Trade debt | | | | |
| **Cloud Kingdom Games** **2300 Central Avenue - Suite D** **Boulder, CO 80301** | X - | | | | | X | 201.72 |

Sheet no. __6___ of __30___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| 37,822.97 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kim Kowalewski**                                                                    ,    Case No. _____
                                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Utilities | | | | |
| ComEd Bankruptcy Group 2100 Swift Drive Oak Brook, IL 60523 | X | - | | | | | 910.53 |
| Account No. | | | Trade debt | | | | |
| Compass Games, LLC PO Box 271 Cromwell, CT 06416 | X | - | | | | X | 519.45 |
| Account No. | | | Trade debt | | | | |
| Critical Hit, Inc. PO Box 279 Croton Falls, NY 10519 | X | - | | | | X | 300.00 |
| Account No. | | | Trade debt | | | | |
| Crystal Caste Dice 7031 S. Aavenida De Pina Tucson, AZ 85747 | X | - | | | | X | 700.00 |
| Account No. | | | Trade debt | | | | |
| Curtis Circulation Company Specialty Sales Department PO Box 9103 Camden, NJ 08101-9103 | X | - | | | | X | 852.25 |

Sheet no. __7__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    | 3,282.23

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kim Kowalewski**                                    ,        Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | **Trade debt** | | | | |
| **Dan Verssen Games** **1230A Barranca Avenue** **Glendora, CA 91740** | X | - | | | | X | 459.76 |
| Account No. | | | **Trade debt** | | | | |
| **Darkfuries Publishing** **PO Box 3099** **Newport News, VA 23603** | X | - | | | | X | 90.86 |
| Account No. | | | **Trade debt** | | | | |
| **Decision Games** **PO Box 21598** **Bakersfield, CA 93390** | X | - | | | | X | 2,279.03 |
| Account No. | | | **Computer Purchase** | | | | |
| **Dell Business Credit** **PO Box 5275** **Carol Stream, IL 60197-5275** | X | - | | | | X | 90.86 |
| Account No. | | | **Computer Purchase** | | | | |
| **Dell Business Credit** **PO Box 5275** **Carol Stream, IL 60197-5275** | X | - | | | | X | 1,500.10 |

Sheet no. __8___ of __30__ sheets attached to Schedule of                 Subtotal        4,420.61
Creditors Holding Unsecured Nonpriority Claims                     (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kim Kowalewski**                                                          ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade Debt | | | | |
| **DEX**<br>**8519 Innovation Way**<br>**Chicago, IL 60682-0085** | X | - | | | | | | | 719.45 |
| Account No. | | | | | Trade debt | | | | |
| **Diamond Distributors, Inc.**<br>**1966 Greenspring Drive**<br>**Suite 300**<br>**Lutherville Timonium, MD 21093** | X | - | | | | | | | 16,960.68 |
| Account No. | | | | | Trade debt | | | | |
| **Elder Signs Press**<br>**PO Box 389**<br>**Lake Orion, MI 48361-0389** | X | - | | | | | | X | 72.60 |
| Account No. | | | | | Trade debt | | | | |
| **Elfin Enterprises**<br>**PO Box 1023**<br>**Ann Arbor, MI 48106-1023** | X | - | | | | | | X | 147.86 |
| Account No. | | | | | Trade debt | | | | |
| **Elfinwerks**<br>**PO Box 1203**<br>**Ann Arbor, MI 48106** | X | - | | | | | | X | 144.00 |

Sheet no. **9** of **30** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          18,044.59

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kim Kowalewski**                                                                                    , Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **F&W Media**<br>**Bulk Payments**<br>**PO Box 175144**<br>**Columbus, OH 43271-5144** | X | - | | | | | 89.40 |
| Account No. | | | Advertising | | | | |
| **F&W Publications**<br>**APO Box 5014**<br>**Iola, WI 54945-5014** | X | - | | | | X | 1,706.40 |
| Account No. | | | Trade debt | | | | |
| **Face to Face**<br>**PO Box 40218**<br>**Providence, RI 02940-0218** | X | - | | | | X | 441.00 |
| Account No. | | | Trade debt | | | | |
| **Fantasy Flight Games**<br>**1975 County Road B-2 - Suite 1**<br>**Saint Paul, MN 55113** | X | - | | | | X | 14,871.00 |
| Account No. | | | Trade debt | | | | |
| **Far Future Enterprises**<br>**1418 North Clinton Blvd.**<br>**Bloomington, IL 61701** | X | - | | | | X | 219.20 |

Sheet no. __10__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **17,327.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kim Kowalewski**                                                                      ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.                         Shipping Charges | | | | | | | |
| Fed Ex PO Box 94515 Palatine, IL 60094-4515 | X | - | | | | X | |
| | | | | | | | 1,987.09 |
| Account No.                         Trade debt | | | | | | | |
| Flying Buffalo PO Box 8467 Scottsdale, AZ 85252 | X | - | | | | X | |
| | | | | | | | 859.61 |
| Account No.                         Trade debt | | | | | | | |
| Flying Frog Productions 2518 141st St. SW Lynnwood, WA 98087 | X | - | | | | X | |
| | | | | | | | 2,301.51 |
| Account No.                         Trade debt | | | | | | | |
| Gale Force 9 385-120 Reas Ford Road Earlysville, VA 22936 | X | - | | | | X | |
| | | | | | | | 850.00 |
| Account No.                         Trade debt | | | | | | | |
| Gallant Hands Gamers Gear % Debbie & Don Veilhaber PO Box 2017 Paradise, CA 95969 | X | - | | | | X | |
| | | | | | | | 730.58 |

Sheet no. __11__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                            6,728.79

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kim Kowalewski**                                                                    ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Games Workshop** **Attn:  Karen Zukowski** **6711 Bay Meadow Drive** **Glen Burnie, MD 21060** | X | - | | | | X | 2,599.34 |
| Account No. | | | Trade debt | | | | |
| **Games Workshop Midwest** **13664 Collections Center Drive** **Chicago, IL 60693** | X | - | | | | X | 12,314.89 |
| Account No. | | | Trade debt | | | | |
| **GMT Games** **PO Box 1308** **Hanford, CA 93232** | X | - | | | | X | 6,343.15 |
| Account No. | | | Trade debt | | | | |
| **Gorilla Games** **5023 West 134th Place** **Hawthorne, CA 90250** | X | - | | | | X | 835.64 |
| Account No. | | | Trade debt | | | | |
| **Great American** **1 Odell Plaza** **Yonkers, NY 10701** | X | - | | | | | 162.98 |

Sheet no. __12__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

22,256.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __**Kim Kowalewski**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Green Ronin Publishing** **7831  29th Ave. S.** **Seattle, WA 98108** | X | - | | | | X | 8,974.06 |
| Account No. | | | Legal Fees | | | | |
| **Guyer & Enichen** **2601 Reid Farm Road - Suite B** **Rockford, IL 61114** | X | - | | | | X | 1,547.00 |
| Account No. | | | Legal Fees | | | | |
| **Guyer & Enichen** **2601 Reid Farm Road - Suite B** **Rockford, IL 61114** | X | - | | | | | 353.50 |
| Account No. | | | Trade debt | | | | |
| **Heat of Battle** **Steve Dethlefsen** **525 Golf Lane** **Lake Forest, IL 60045-2114** | X | - | | | | X | 158.00 |
| Account No. | | | Trade debt | | | | |
| **Hero Games** **226 E. 54th Street - #606** **New York, NY 10022** | X | - | | | | X | 660.45 |

Sheet no. __**13**__ of __**30**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,693.01

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kim Kowalewski**                                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt | | | | |
| **Hidden City Games** **120 Lakeside Avenue - Suite 100** **Seattle, WA 98122** | X | - | | | | | | X | |
| | | | | | | | | | 2,850.90 |
| Account No. | | | | | Water Delivery | | | | |
| **Hinckley Springs** **PO Box 660579** **Dallas, TX 75266-0579** | X | - | | | | | | | |
| | | | | | | | | | 21.38 |
| Account No. | | | | | Trade debt | | | | |
| **Historical Military Services** **4964 Lowell Blvd.** **Denver, CO 80221** | X | - | | | | | | X | |
| | | | | | | | | | 142.00 |
| Account No. | | | | | Trade debt | | | | |
| **Hot Wire Foam Factory** **216 East Laurel Avenue** **Lompoc, CA 93436** | X | - | | | | | | X | |
| | | | | | | | | | 350.00 |
| Account No. | | | | | Advertising | | | | |
| **Idearc Media Corp.** **PO Box 619810** **Dallas, TX 75261-9810** | X | - | | | | | | | |
| | | | | | | | | | 295.00 |

Sheet no. __14__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,659.28

B6F (Official Form 6F) (12/07) - Cont.

In re **Kim Kowalewski** _____,    Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1510** <br><br>**IHC Swedish American Emergency Physicians PO Box 3261 Milwaukee, WI 53201-3261** | - | | Medical | | | | 108.00 |
| Account No. <br><br>**Impressions Adv. & Marketing 704 Thompsons Drive Brentwood, CA 94513** | X | - | Advertising | | | X | 13,343.92 |
| Account No. <br><br>**Inmediares Productions, LLC Catalyst Game Labs PMB 202 Lake Stevens, WA 98258** | X | - | Trade debt | | | X | 5,249.78 |
| Account No. <br><br>**Inner City Games Designs 36460 N. US Highway 45 Lake Villa, IL 60046** | X | - | Trade debt | | | X | 152.22 |
| Account No. <br><br>**Iron Wind Metals LLC 4858 Provident Drive - Suite M Cincinnati, OH 45246** | X | - | Trade debt | | | X | 3,396.00 |

Sheet no. __15__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **22,249.92**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Kim Kowalewski** _____,   Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Kenzer & Company**<br>**1912 Halifax Street**<br>**Libertyville, IL 60048** | X | - | | | | X | |
| | | | | | | | 2,455.54 |
| Account No. | | | Trade debt | | | | |
| **Key 20 Direct**<br>**PO Box 133**<br>**Hinckley, OH 44233** | X | - | | | | X | |
| | | | | | | | 1,146.63 |
| Account No. | | | Insurance | | | | |
| **Keystone Insurance Agency**<br>**1626 N. Main Street**<br>**Rockford, IL 61103** | X | - | | | | X | |
| | | | | | | | 11,136.00 |
| Account No. | | | Trade debt | | | | |
| **Khyber Pass Games**<br>**W5311 CTH W**<br>**Holmen, WI 54636** | X | - | | | | X | |
| | | | | | | | 216.00 |
| Account No. | | | Trade debt | | | | |
| **Koplow Games**<br>**369 Congress Street**<br>**Boston, MA 02110** | X | - | | | | X | |
| | | | | | | | 1,119.29 |

Sheet no. __16__ of __30__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                        (Total of this page)    | 16,073.46 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kim Kowalewski**                                                          ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **L2 Design Group** **3044 Bloor Streeet West - Suite 956** **Toronto  M8X2Y8** **CANADA** | X | - | | | | X | 2,349.00 |
| Account No. | | | Trade debt | | | | |
| **Laughing Pan Productions** **37 Caraway Lane** **Spencerport, NY 14559** | X | - | | | | X | 83.88 |
| Account No. | | | Trade debt | | | | |
| **Legio X Inc.** **947 Vernon Avenue** **Beloit, WI 53511** | X | - | | | | X | 338.00 |
| Account No. | | | Trade debt | | | | |
| **Lone Wolf Development** **1101 Pheasant Hill Way** **San Jose, CA 95120** | X | - | | | | X | 478.80 |
| Account No. | | | Trade debt | | | | |
| **Loony Labs** **PO Box 761** **College Park, MD 20741** | X | - | | | | X | 456.80 |

Sheet no. __17__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         3,706.48

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kim Kowalewski**                                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Utilities | | | | |
| **Loves Park Water Department PO Box 2275 Loves Park, IL 61131-0275** | X | - | | | | | 33.70 |
| Account No. | | | Trade debt | | | | |
| **Max Protection LLC 5862 S. 194th Street Kent, WA 98032** | X | - | | | | X | 3,786.75 |
| Account No. | | | Trade debt | | | | |
| **McDonald Modular Solutions, Inc. 23800 West 8 Mile Road Southfield, MI 48033** | X | - | | | | X | 690.00 |
| Account No. | | | Telephone | | | | |
| **MCI PO Box 17890 Denver, CO 80217** | X | - | | | | | 111.60 |
| Account No. | | | Trade debt | | | | |
| **Minden Games 9573 W. Vogel Avenue Peoria, AZ 85345** | X | - | | | | X | 645.10 |

Sheet no. __18__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **5,267.15**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kim Kowalewski**                                                    ,   Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| **Miniature Building Authority** **PO Box 107** **Bethlehem, GA 30620-0107** | X | - | | | | | X | 2,994.50 |
| Account No. | | | | Advertising | | | | |
| **Monday Knight Productions** **4100 NE 104th Avenue** **Vancouver, WA 98682** | X | - | | | | | X | 418.93 |
| Account No. | | | | Advertising | | | | |
| **Mongoose Publishing** **McFarland State Bank** **Attn: A Postel** **Mc Farland, WI 53558** | X | - | | | | | X | 8,989.67 |
| Account No. | | | | Advertising | | | | |
| **Multi Man Publishing** **403 Headquarters Drive** **Suite 7** **Millersville, MD 21108** | X | - | | | | | X | 2,133.60 |
| Account No. | | | | Trade debt | | | | |
| **New England Simulations** **11 Faxon Street** **Nashua, NH 03060** | X | - | | | | | X | 225.00 |

Sheet no. __19__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **14,761.70**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kim Kowalewski**                                                              ,    Case No. _____
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **NiCor Gas - Bankruptcy Dept.** <br> **1844 Ferry Road** <br> **Naperville, IL 60563** | X | - | Utilities | | | | 1,828.22 |
| Account No. **NII x4680** <br><br> **Northern Illinois Imaging** <br> **PO Box 1733** <br> **Rockford, IL 61110-0233** | | - | Medical | | | | 2,256.00 |
| Account No. <br><br> **Office Depot Credit Plan** <br> **P O Box 9020** <br> **Des Moines, IA 50368-9020** | X | - | Credit Card | | | X | 3,650.63 |
| Account No. <br><br> **Omega Games** <br> **PO Box 2191** <br> **Valrico, FL 33595** | X | - | Trade debt | | | X | 128.99 |
| Account No. <br><br> **On Military Matters** <br> **31 West Broad Street - Suite C** <br> **Hopewell, NJ 08525** | X | - | Trade debt | | | X | 346.05 |

Sheet no. __20__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **8,209.89**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kim Kowalewski**                                                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| Paetec PO Box 3243 Milwaukee, WI 53201-3243 | X | - | | | | X | 279.12 |
| Account No. | | | Trade debt | | | | |
| Paizo Publishing 2700 Richards Road - Suite 201 Bellevue, WA 98005-4200 | X | - | | | | X | 4,378.30 |
| Account No. | | | Trade debt | | | | |
| Palladium Books 39074 Webb Court Westland, MI 48185 | X | - | | | | X | 3,829.00 |
| Account No. | | | Computer Repairs | | | | |
| PC Tech 2U 10148 Ashdown Machesney Park, IL 61115 | X | - | | | | X | Unknown |
| Account No. | | | Security Services | | | | |
| Per Mar Security PO Box 1101 Davenport, IA 52805-1101 | X | - | | | | | 268.14 |

| | | |
|---|---|---|
| Sheet no. __21__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 8,754.56 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kim Kowalewski**                                                      ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Pierce Box & Paper** **4133 Newburg Road** **Belvidere, IL 61008** | X | - | | | | X | 955.95 |
| Account No. | | | Postage | | | | |
| **Pitney Bowes Financial Services** **P O Box 856460** **Louisville, KY 40285-6460** | X | - | | | | | 179.54 |
| Account No. | | | Postage | | | | |
| **Pitney Bowes Purchase Power** **PO Box 856042** **Louisville, KY 40285-6042** | X | - | | | | | 2,555.65 |
| Account No. | | | Trade debt | | | | |
| **Polymancer Studios** **20 Weredale Park** **Westmont  Quebec  H3Z1Y6** **CANADA** | X | - | | | | X | 105.00 |
| Account No. | | | Advertising | | | | |
| **Privateer Press** **13434  NE 16th Street - Suite 120** **Bellevue, WA 98005** | X | - | | | | X | 5,804.16 |

Sheet no. __22__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **9,600.30**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kim Kowalewski** _____,    Case No. _____
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **PSI**<br>**1554 Litton Drive**<br>**Stone Mountain, GA 30083** | X | - | | | | X | 4,295.67 |
| Account No. | | | Trade debt | | | | |
| **R Talsorian Game, Inc.**<br>**PO Box 2047**<br>**Kirkland, WA 98034** | X | - | | | | X | 325.80 |
| Account No. | | | Trade debt | | | | |
| **Renaissance Enterprises**<br>**6638 Town Bluff Drive**<br>**Dallas, TX 75248** | X | - | | | | X | 693.00 |
| Account No. | | | Trade debt | | | | |
| **Rio Grande Games**<br>**1804 Platte River Road**<br>**Rio Rancho, NM 87144** | X | - | | | | X | 5,399.86 |
| Account No. | | | Trade debt | | | | |
| **Robart Mfg., Inc.**<br>**625 N. 12th Street**<br>**Saint Charles, IL 60174** | X | - | | | | X | 1,138.80 |

Sheet no. __23__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    11,853.13

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kim Kowalewski**                                                                    ,    Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Rock Energy Coop**<br>**2815 Kennedy Road**<br>**Janesville, WI 53545** | X | - | **Utilities** | | | X | 327.47 |
| Account No.<br><br>**Rock River Disposal**<br>**Box 673045**<br>**Milwaukee, WI 53267-3045** | X | - | **Rubbish Removal** | | | X | 518.65 |
| Account No.<br><br>**Rock River Internet**<br>**202 W. State Street - 8th Floor**<br>**Rockford, IL 61101-1118** | X | - | **Internet Provider** | | | X | 1,296.00 |
| Account No.<br><br>**Rock River Internet**<br>**202 W. State Street - 8th Floor**<br>**Rockford, IL 61101-1118** | | - | **Internet Provider** | | | | 500.00 |
| Account No. **x0844**<br><br>**Rockford Gastroenterology Assoc.**<br>**401 Roxbury Road**<br>**Rockford, IL 61107-5078** | | - | **Medical** | | | | 380.00 |

Sheet no. __24__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,022.12

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Kim Kowalewski**                                                                                      ,       Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Advertising | | | | |
| **Rockford Register Star** **PO Box 439** **Rockford, IL 61105** | X | - | | | | | 135.96 |
| Account No. | | | Accounting Fees | | | | |
| **RSM McGladrey, Inc.** **5155 Paysphere Circle** **Chicago, IL 60674** | X | - | | | | X | 1,100.00 |
| Account No. | | | Trade debt | | | | |
| **Sabol Designs, Inc.** **503 Hickory Ridge Trail** **Suitre 140** **Woodstock, GA 30188** | X | - | | | | X | 456.75 |
| Account No. | | | Loan | | | | |
| **Shelia Jascemskaas** **14225 Hansberry Rd** **Rockton, IL 61072** | X | - | | | | X | 12,836.00 |
| Account No. | | | Trade debt | | | | |
| **Silver Fox Productions, Inc.** **PO Box 1386** **Brantford Ontaria  N3T 5T6** **CANADA** | X | - | | | | X | 1,022.38 |

Sheet no. __25__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,551.09

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kim Kowalewski**                                                           , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Trade debt | | | | |
| **Simmons Games 837 Orange Avenue Sunnyvale, CA 94087** | X | - | | | | X | 360.00 |
| Account No. | | | Trade debt | | | | |
| **Squadron Signal Tools 1115 Crowley Drive Carrollton, TX 75011** | X | - | | | | X | 400.00 |
| Account No. | | | Trade debt | | | | |
| **SSDC, Inc. PO Box 40553 Portland, OR 97240** | X | - | | | | X | 575.06 |
| Account No. | | | Trade debt | | | | |
| **Steve Jackson Games PO Box 18957 Austin, TX 78760** | X | - | | | | X | 16,225.41 |
| Account No. | | | Personal Loan | | | | |
| **Stuart Lind 2342  10th Street Rockford, IL 61108** | | - | | | | | 2,390.00 |

Sheet no. __26__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    19,950.47

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kim Kowalewski**                                                          , Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Stuart Lind**<br>**2342  10th Street**<br>**Rockford, IL 61108** | | - | **Personal Loan** | | | | **4,500.00** |
| Account No. <br><br>**Supplies Are US LLC**<br>**463 Cedar Street**<br>**Fond Du Lac, WI 54935** | X | - | **Trade debt** | | | | **1,393.65** |
| Account No. **Lxxxxx3868**<br><br>**Swedish American Hospital**<br>**PO Box 4448**<br>**Rockford, IL 61110-0948** | | - | **Medical** | | | | **979.00** |
| Account No. <br><br>**Testors Corporation**<br>**PO Box 73863**<br>**Cleveland, OH 44193** | X | - | **Trade debt** | | | X | **2,069.66** |
| Account No. <br><br>**Timeline Ltd.**<br>**127 Glen Forest Road**<br>**Magnolia, DE 19962-1706** | X | - | **Trade debt** | | | X | **153.16** |

Sheet no. __**27**__ of __**30**__ sheets attached to Schedule of                                         Subtotal                 **9,095.47**
Creditors Holding Unsecured Nonpriority Claims                                            (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Kim Kowalewski**                                                              ,   Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt | | | | |
| Treadhead Games Legions East PMB-182 1971 Western Avenue Albany, NY 12203 | X | - | | | | | | X | 532.49 |
| Account No. | | | | | Trade debt | | | | |
| Twilight Creations, Inc. 6103 Cabin Creek East Newport, KY 41076 | X | - | | | | | | X | 3,446.43 |
| Account No. | | | | | Advertising | | | | |
| Tynes Cowan Corp. dba Pagan Publishing & Armit 5536  25th Avenue NE Seattle, WA 98105 | X | - | | | | | | X | 227.75 |
| Account No. | | | | | Trade debt | | | | |
| Uberplay Entertainment 470 Country Lane - #2 Santa Clara, UT 84765 | X | - | | | | | | X | 2,255.24 |
| Account No. | | | | | Delivery Services | | | | |
| United Parcel Service Lockbox 577 Carol Stream, IL 60132-0577 | X | - | | | | | | X | 6,401.47 |

Sheet no. __28__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

12,863.38

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kim Kowalewski** _____ ,     Case No. _____

                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | Trade debt | | | | |
| **Upper Deck** **13326 Collection Center Drive** **Chicago, IL 60693** | X | - | | | | | | X | |
| | | | | | | | | | **7,249.91** |
| Account No. | | | | | Shipping Services | | | | |
| **UPS** **Lockbox 577** **Carol Stream, IL 60132-0577** | X | - | | | | | | | |
| | | | | | | | | | **121.94** |
| Account No. | | | | | Trade debt | | | | |
| **US Bank - United Recovery Systems** **5800 North Course Drive** **Houston, TX 77072** | X | - | | | | | | | |
| | | | | | | | | | **603.01** |
| Account No. | | | | | Telephone | | | | |
| **Verizon Bankruptcy Administration** **404 Brock Drive** **Bloomington, IL 61701** | X | - | | | | | | X | |
| | | | | | | | | | **523.84** |
| Account No. | | | | | Trade debt | | | | |
| **War Torn Worlds** **4810 Kenmar Road** **Sacramento, CA 95835** | X | - | | | | | | X | |
| | | | | | | | | | **451.37** |

Sheet no. __29__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                Subtotal
(Total of this page)     **8,950.07**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Kim Kowalewski**                                                                          ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Trade debt | | | | |
| Wizards of the Coast PO Box 403050 Atlanta, GA 30384-3050 | X | - | | | | | | X | |
| | | | | | | | | | 121,369.91 |
| Account No. | | | | | Trade debt | | | | |
| Worthington Games PO Box 62725 Virginia Beach, VA 23466-2725 | X | - | | | | | | X | |
| | | | | | | | | | 637.72 |
| Account No. | | | | | Advertising | | | | |
| Yellow Book USA -West PO Box 6448 Carol Stream, IL 60197-6448 | X | - | | | | | | | |
| | | | | | | | | | 725.89 |
| Account No. | | | | | Trade debt | | | | |
| Z-Man Games 6 Alan Drive Mahopac, NY 10541 | X | - | | | | | | X | |
| | | | | | | | | | 2,121.59 |
| Account No. | | | | | Trade debt | | | | |
| Zipwhaa, Inc. 547 Bluebird Drive Bolingbrook, IL 60440 | X | - | | | | | | X | |
| | | | | | | | | | 101.79 |

Sheet no. __30__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        124,956.90

Total
(Report on Summary of Schedules)            576,100.17

B6G (Official Form 6G) (12/07)

.

In re   **Kim Kowalewski**
_____,   Case No. _____
                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Mark Teismann**<br>**5608 N. 2nd Street**<br>**Loves Park, IL 61111** | |
| **Rockford Postal Employee's CU**<br>**5608 N 2nd St**<br>**Loves Park, IL 61111** | **Lease of Office Space** |
| **Tomorrow is Yesterday**<br>**5600 North Second Street**<br>**Loves Park, IL 61111** | **Lease of Storefront** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                 Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Kim Kowalewski**                                                                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐    Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Blackhawk Hobby Distributors, Inc** <br> **PO Box 6418** <br> **Rockford, IL 61125** | **Neal Rieken** <br> **1121 South West Pine Tree Lane** <br> **Palm City, FL 34990** |
| **Blackhawk Hobby Distributors, Inc** <br> **PO Box 6418** <br> **Rockford, IL 61125** | **Alderac Entertainment Group** <br> **4045 Guasti Road - #210** <br> **Ontario, CA 91761** |
| **Blackhawk Hobby Distributors, Inc** <br> **PO Box 6418** <br> **Rockford, IL 61125** | **Amarillo Design Bureau, Inc.** <br> **PO Box 8759** <br> **Amarillo, TX 79114-8759** |
| **Blackhawk Hobby Distributors, Inc** <br> **PO Box 6418** <br> **Rockford, IL 61125** | **Asmodee Editions** <br> **55 Avenue DuMont Royal Ques - #207** <br> **Montreal Quebec** <br> **CANADA** |
| **Blackhawk Hobby Distributors, Inc** <br> **PO Box 6418** <br> **Rockford, IL 61125** | **AT&T** <br> **PO Box 8100** <br> **Aurora, IL 60507-8100** |
| **Blackhawk Hobby Distributors, Inc** <br> **PO Box 6418** <br> **Rockford, IL 61125** | **Atlas Games** <br> **885 Pierce Butler Route** <br> **Saint Paul, MN 55104-1522** |
| **Blackhawk Hobby Distributors, Inc** <br> **PO Box 6418** <br> **Rockford, IL 61125** | **Attorney Travis Porter** <br> **Greenspan & Douglas, Inc.** <br> **2921 E. Ft. Lowell Rd. - Ste 113** <br> **Calumet, MN 55716** |
| **Blackhawk Hobby Distributors, Inc** <br> **PO Box 6418** <br> **Rockford, IL 61125** | **Australian Design Group** <br> **15100 East Castle Drive** <br> **Wichita, KS 67230** |
| **Blackhawk Hobby Distributors, Inc** <br> **PO Box 6418** <br> **Rockford, IL 61125** | **Avalanche Press Ltd.** <br> **543 Central Drive - Suite 220** <br> **Virginia Beach, VA 23454** |
| **Blackhawk Hobby Distributors, Inc** <br> **PO Box 6418** <br> **Rockford, IL 61125** | **Bonnel Heating & A/C, Inc.** <br> **2107 Nimtz Road** <br> **Loves Park, IL 61111** |
| **Blackhawk Hobby Distributors, Inc** <br> **PO Box 6418** <br> **Rockford, IL 61125** | **Bounding Fire Productions** <br> **7708A Mullen Drive** <br> **Austin, TX 78757** |

**11**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

In re      **Kim Kowalewski**                                                                        ,      Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
#### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Chaosium, Inc.**<br>**22568 Mission Blvd. - #423**<br>**Hayward, CA 94541** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Charter Service**<br>**PO Box 3255**<br>**Milwaukee, WI 53201-3255** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Clash of Arms Games**<br>**PO Box 212**<br>**  DE 19742** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Cloud Kingdom Games**<br>**2300 Central Avenue - Suite D**<br>**Boulder, CO 80301** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Compass Games, LLC**<br>**PO Box 271**<br>**Cromwell, CT 06416** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Critical Hit, Inc.**<br>**PO Box 279**<br>**Croton Falls, NY 10519** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Crystal Caste Dice**<br>**7031 S. Aavenida De Pina**<br>**Tucson, AZ 85747** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Curtis Circulation Company**<br>**Specialty Sales Department**<br>**PO Box 9103**<br>**Camden, NJ 08101-9103** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Dan Verssen Games**<br>**1230A Barranca Avenue**<br>**Glendora, CA 91740** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Darkfuries Publishing**<br>**PO Box 3099**<br>**Newport News, VA 23603** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Decision Games**<br>**PO Box 21598**<br>**Bakersfield, CA 93390** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Dell Business Credit**<br>**PO Box 5275**<br>**Carol Stream, IL 60197-5275** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Dell Business Credit**<br>**PO Box 5275**<br>**Carol Stream, IL 60197-5275** |

Sheet   __1__   of   __11__   continuation sheets attached to the Schedule of Codebtors

In re    **Kim Kowalewski**                                                    Case No. _____
                                                        ,
                              Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Elder Signs Press**<br>**PO Box 389**<br>**Lake Orion, MI 48361-0389** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Elfin Enterprises**<br>**PO Box 1023**<br>**Ann Arbor, MI 48106-1023** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Elfinwerks**<br>**PO Box 1203**<br>**Ann Arbor, MI 48106** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **F&W Publications**<br>**APO Box 5014**<br>**Iola, WI 54945-5014** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Face to Face**<br>**PO Box 40218**<br>**Providence, RI 02940-0218** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Fantasy Flight Games**<br>**1975 County Road B-2 - Suite 1**<br>**Saint Paul, MN 55113** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Far Future Enterprises**<br>**1418 North Clinton Blvd.**<br>**Bloomington, IL 61701** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Fed Ex**<br>**PO Box 94515**<br>**Palatine, IL 60094-4515** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Flying Buffalo**<br>**PO Box 8467**<br>**Scottsdale, AZ 85252** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Flying Frog Productions**<br>**2518 141st St. SW**<br>**Lynnwood, WA 98087** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Gale Force 9**<br>**385-120 Reas Ford Road**<br>**Earlysville, VA 22936** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Gallant Hands Gamers Gear**<br>**% Debbie & Don Veilhaber**<br>**PO Box 2017**<br>**Paradise, CA 95969** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Games Workshop**<br>**Attn:  Karen Zukowski**<br>**6711 Bay Meadow Drive**<br>**Glen Burnie, MD 21060** |

Sheet __**2**__ of __**11**__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re   **Kim Kowalewski**                                                              ,          Case No. _____
                                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Games Workshop Midwest**<br>**13664 Collections Center Drive**<br>**Chicago, IL 60693** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **GMT Games**<br>**PO Box 1308**<br>**Hanford, CA 93232** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Gorilla Games**<br>**5023 West 134th Place**<br>**Hawthorne, CA 90250** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Green Ronin Publishing**<br>**7831  29th Ave. S.**<br>**Seattle, WA 98108** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Guyer & Enichen**<br>**2601 Reid Farm Road - Suite B**<br>**Rockford, IL 61114** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Heat of Battle**<br>**Steve Dethlefsen**<br>**525 Golf Lane**<br>**Lake Forest, IL 60045-2114** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Hero Games**<br>**226 E. 54th Street - #606**<br>**New York, NY 10022** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Hidden City Games**<br>**120 Lakeside Avenue - Suite 100**<br>**Seattle, WA 98122** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Historical Military Services**<br>**4964 Lowell Blvd.**<br>**Denver, CO 80221** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Hot Wire Foam Factory**<br>**216 East Laurel Avenue**<br>**Lompoc, CA 93436** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Impressions Adv. & Marketing**<br>**704 Thompsons Drive**<br>**Brentwood, CA 94513** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Inmediares Productions, LLC**<br>**Catalyst Game Labs**<br>**PMB 202**<br>**Lake Stevens, WA 98258** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Inner City Games Designs**<br>**36460 N. US Highway 45**<br>**Lake Villa, IL 60046** |

Sheet   **3**   of   **11**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re    **Kim Kowalewski**
_____,    Case No. _____
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Iron Wind Metals LLC**<br>**4858 Provident Drive - Suite M**<br>**Cincinnati, OH 45246** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Kenzer & Company**<br>**1912 Halifax Street**<br>**Libertyville, IL 60048** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Key 20 Direct**<br>**PO Box 133**<br>**Hinckley, OH 44233** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Khyber Pass Games**<br>**W5311 CTH W**<br>**Holmen, WI 54636** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Keystone Insurance Agency**<br>**1626 N. Main Street**<br>**Rockford, IL 61103** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Koplow Games**<br>**369 Congress Street**<br>**Boston, MA 02110** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **L2 Design Group**<br>**3044 Bloor Streeet West - Suite 956**<br>**Toronto  M8X2Y8**<br>**CANADA** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Laughing Pan Productions**<br>**37 Caraway Lane**<br>**Spencerport, NY 14559** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Legio X Inc.**<br>**947 Vernon Avenue**<br>**Beloit, WI 53511** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Lone Wolf Development**<br>**1101 Pheasant Hill Way**<br>**San Jose, CA 95120** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Loony Labs**<br>**PO Box 761**<br>**College Park, MD 20741** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Max Protection LLC**<br>**5862 S. 194th Street**<br>**Kent, WA 98032** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **McDonald Modular Solutions, Inc.**<br>**23800 West 8 Mile Road**<br>**Southfield, MI 48033** |

Sheet __4__ of __11__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **Kim Kowalewski**                                                      ,        Case No. _____
                                         Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Minden Games**<br>**9573 W. Vogel Avenue**<br>**Peoria, AZ 85345** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Miniature Building Authority**<br>**PO Box 107**<br>**Bethlehem, GA 30620-0107** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Monday Knight Productions**<br>**4100 NE 104th Avenue**<br>**Vancouver, WA 98682** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Mongoose Publishing**<br>**McFarland State Bank**<br>**Attn:  A Postel**<br>**Mc Farland, WI 53558** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Multi Man Publishing**<br>**403 Headquarters Drive**<br>**Suite 7**<br>**Millersville, MD 21108** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **New England Simulations**<br>**11 Faxon Street**<br>**Nashua, NH 03060** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Office Depot Credit Plan**<br>**P O Box 9020**<br>**Des Moines, IA 50368-9020** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Omega Games**<br>**PO Box 2191**<br>**Valrico, FL 33595** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **On Military Matters**<br>**31 West Broad Street - Suite C**<br>**Hopewell, NJ 08525** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Paetec**<br>**PO Box 3243**<br>**Milwaukee, WI 53201-3243** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Paizo Publishing**<br>**2700 Richards Road - Suite 201**<br>**Bellevue, WA 98005-4200** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Palladium Books**<br>**39074 Webb Court**<br>**Westland, MI 48185** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **PC Tech 2U**<br>**10148 Ashdown**<br>**Machesney Park, IL 61115** |

Sheet  **5**  of  **11**  continuation sheets attached to the Schedule of Codebtors

In re    **Kim Kowalewski**                                                                          Case No. _____
_____ ,
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Blackhawk Hobby Distributors, Inc**<br>PO Box 6418<br>Rockford, IL 61125 | **Pierce Box & Paper**<br>4133 Newburg Road<br>Belvidere, IL 61008 |
| **Blackhawk Hobby Distributors, Inc**<br>PO Box 6418<br>Rockford, IL 61125 | **Polymancer Studios**<br>20 Weredale Park<br>Westmont  Quebec  H3Z1Y6<br>CANADA |
| **Blackhawk Hobby Distributors, Inc**<br>PO Box 6418<br>Rockford, IL 61125 | **Privateer Press**<br>13434  NE 16th Street - Suite 120<br>Bellevue, WA 98005 |
| **Blackhawk Hobby Distributors, Inc**<br>PO Box 6418<br>Rockford, IL 61125 | **PSI**<br>1554 Litton Drive<br>Stone Mountain, GA 30083 |
| **Blackhawk Hobby Distributors, Inc**<br>PO Box 6418<br>Rockford, IL 61125 | **R Talsorian Game, Inc.**<br>PO Box 2047<br>Kirkland, WA 98034 |
| **Blackhawk Hobby Distributors, Inc**<br>PO Box 6418<br>Rockford, IL 61125 | **Renaissance Enterprises**<br>6638 Town Bluff Drive<br>Dallas, TX 75248 |
| **Blackhawk Hobby Distributors, Inc**<br>PO Box 6418<br>Rockford, IL 61125 | **Rio Grande Games**<br>1804 Platte River Road<br>Rio Rancho, NM 87144 |
| **Blackhawk Hobby Distributors, Inc**<br>PO Box 6418<br>Rockford, IL 61125 | **Robart Mfg., Inc.**<br>625 N. 12th Street<br>Saint Charles, IL 60174 |
| **Blackhawk Hobby Distributors, Inc**<br>PO Box 6418<br>Rockford, IL 61125 | **Rock Energy Coop**<br>2815 Kennedy Road<br>Janesville, WI 53545 |
| **Blackhawk Hobby Distributors, Inc**<br>PO Box 6418<br>Rockford, IL 61125 | **Rock River Disposal**<br>Box 673045<br>Milwaukee, WI 53267-3045 |
| **Blackhawk Hobby Distributors, Inc**<br>PO Box 6418<br>Rockford, IL 61125 | **Rock River Internet**<br>202 W. State Street - 8th Floor<br>Rockford, IL 61101-1118 |
| **Blackhawk Hobby Distributors, Inc**<br>PO Box 6418<br>Rockford, IL 61125 | **RSM McGladrey, Inc.**<br>5155 Paysphere Circle<br>Chicago, IL 60674 |
| **Blackhawk Hobby Distributors, Inc**<br>PO Box 6418<br>Rockford, IL 61125 | **Sabol Designs, Inc.**<br>503 Hickory Ridge Trail<br>Suirte 140<br>Woodstock, GA 30188 |

Sheet   **6**   of   **11**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Kim Kowalewski**                                                  ,    Case No. _____
                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Shelia Jascemskaas**<br>**14225 Hansberry Rd**<br>**Rockton, IL 61072** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Silver Fox Productions, Inc.**<br>**PO Box 1386**<br>**Brantford Ontario  N3T 5T6**<br>**CANADA** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Simmons Games**<br>**837 Orange Avenue**<br>**Sunnyvale, CA 94087** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Squadron Signal Tools**<br>**1115 Crowley Drive**<br>**Carrollton, TX 75011** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **SSDC, Inc.**<br>**PO Box 40553**<br>**Portland, OR 97240** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Steve Jackson Games**<br>**PO Box 18957**<br>**Austin, TX 78760** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Testors Corporation**<br>**PO Box 73863**<br>**Cleveland, OH 44193** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Timeline Ltd.**<br>**127 Glen Forest Road**<br>**Magnolia, DE 19962-1706** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Treadhead Games Legions East**<br>**PMB-182**<br>**1971 Western Avenue**<br>**Albany, NY 12203** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Twilight Creations, Inc.**<br>**6103 Cabin Creek East**<br>**Newport, KY 41076** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Tynes Cowan Corp.**<br>**dba Pagan Publishing & Armit**<br>**5536  25th Avenue NE**<br>**Seattle, WA 98105** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Uberplay Entertainment**<br>**470 Country Lane - #2**<br>**Santa Clara, UT 84765** |

Sheet   **7**   of   **11**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Kim Kowalewski**                                              ,   Case No. _____
                                                    Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **United Parcel Service**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Upper Deck**<br>**13326 Collection Center Drive**<br>**Chicago, IL 60693** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Verizon Bankruptcy Administration**<br>**404 Brock Drive**<br>**Bloomington, IL 61701** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **War Torn Worlds**<br>**4810 Kenmar Road**<br>**Sacramento, CA 95835** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Wizards of the Coast**<br>**PO Box 403050**<br>**Atlanta, GA 30384-3050** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Worthington Games**<br>**PO Box 62725**<br>**Virginia Beach, VA 23466-2725** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Z-Man Games**<br>**6 Alan Drive**<br>**Mahopac, NY 10541** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Zipwhaa, Inc.**<br>**547 Bluebird Drive**<br>**Bolingbrook, IL 60440** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **First National Bank & Trust**<br>**345 E Grand Ave**<br>**Beloit, WI 53511** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Internal Revenue Service**<br>**CCP-LU ACS Correspondence**<br>**PO Box 145566  STOP 813G  CSC**<br>**Cincinnati, OH 45250-5566** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Rockford Register Star**<br>**PO Box 439**<br>**Rockford, IL 61105** |
| **Blackhawk Hobby Distributors, Inc**<br>**PO Box 6418**<br>**Rockford, IL 61125** | **Illinois Department of Revenue**<br>**200 S. Wyman - #306**<br>**Rockford, IL 61101-1234** |
| **Blackhawk Hobby Distributors, Inc.**<br>**PO Box 6481**<br>**Rockford, IL 61125** | **Aegis Studios**<br>**238 Grand Avenue**<br>**Loves Park, IL 61111** |

Sheet __8__ of __11__ continuation sheets attached to the Schedule of Codebtors

In re    **Kim Kowalewski**                                                                    Case No. _____
_____,
                                    Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **ACD Distribution**<br>**2841 Index Road**<br>**Madison, WI 53713** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **AT&T**<br>**Bankruptcy Department**<br>**6021 S. Rio Grande Avenue**<br>**Orlando, FL 32859** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **American Express Bank**<br>**PO Box 0001**<br>**Los Angeles, CA 90096-0001** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **American Express Bank**<br>**PO Box 0001**<br>**Los Angeles, CA 90096-0001** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **Beckett Media, LP**<br>**4635 McEwen Drive**<br>**Dallas, TX 75244-5308** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **AMSAN**<br>**13924 Collection Center Drive**<br>**Chicago, IL 60693** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **Blackhawk Hobby & Distributors, Inc**<br>**5600 N 2nd St**<br>**Loves Park, IL 61111** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **Blackhawk Hobby Distributors**<br>**14225 Hansberry Road**<br>**Rockton, IL 61072** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **Business Card**<br>**PO Box 15710**<br>**Wilmington, DE 19886-5710** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **ComEd Bankruptcy Group**<br>**2100 Swift Drive**<br>**Oak Brook, IL 60523** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **Citi Cards**<br>**PO Box 68891**<br>**Des Moines, IA 50368-8911** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **DEX**<br>**8519 Innovation Way**<br>**Chicago, IL 60682-0085** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **Diamond Distributors, Inc.**<br>**1966 Greenspring Drive**<br>**Suite 300**<br>**Lutherville Timonium, MD 21093** |

Sheet    **9**    of    **11**    continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re   **Kim Kowalewski**                                                    , Case No. _____
                                                    Debtor

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **Great American**<br>**1 Odell Plaza**<br>**Yonkers, NY 10701** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **Guyer & Enichen**<br>**2601 Reid Farm Road - Suite B**<br>**Rockford, IL 61114** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **Hinckley Springs**<br>**PO Box 660579**<br>**Dallas, TX 75266-0579** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **US Bank - United Recovery Systems**<br>**5800 North Course Drive**<br>**Houston, TX 77072** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **F&W Media**<br>**Bulk Payments**<br>**PO Box 175144**<br>**Columbus, OH 43271-5144** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **Loves Park Water Department**<br>**PO Box 2275**<br>**Loves Park, IL 61131-0275** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **MCI**<br>**PO Box 17890**<br>**Denver, CO 80217** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **NiCor Gas - Bankruptcy Dept.**<br>**1844 Ferry Road**<br>**Naperville, IL 60563** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **Pitney Bowes Financial Services**<br>**P O Box 856460**<br>**Louisville, KY 40285-6460** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **Pitney Bowes Purchase Power**<br>**PO Box 856042**<br>**Louisville, KY 40285-6042** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **Per Mar Security**<br>**PO Box 1101**<br>**Davenport, IA 52805-1101** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **Rock River Internet**<br>**202 W. State Street - 8th Floor**<br>**Rockford, IL 61101-1118** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **Rockford Register Star**<br>**PO Box 439**<br>**Rockford, IL 61105** |

Sheet   **10**   of   **11**   continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re   **Kim Kowalewski**                                                      ,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **Supplies Are US LLC**<br>**463 Cedar Street**<br>**Fond Du Lac, WI 54935** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **UPS**<br>**Lockbox 577**<br>**Carol Stream, IL 60132-0577** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **Idearc Media Corp.**<br>**PO Box 619810**<br>**Dallas, TX 75261-9810** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **Yellow Book USA -West**<br>**PO Box 6448**<br>**Carol Stream, IL 60197-6448** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **Amcore Bank, NA**<br>**PO Box 1537**<br>**Rockford, IL 61110** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **Illinois Department of Revenue**<br>**200 S. Wyman - #306**<br>**Rockford, IL 61101-1234** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **Internal Revenue Service**<br>**211 S. Court Street**<br>**Rockford, IL 61101** |
| **Tomorrow is Yesterday**<br>**5600 N. 2nd Streert**<br>**Loves Park, IL 61111** | **Illinois Department of Revenue**<br>**Bankruptcy Section**<br>**PO Box 64338**<br>**Chicago, IL 60664-0338** |

Sheet __11__ of __11__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re __Kim Kowalewski_____      Case No. _____
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S): **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **CEO** | |
| Name of Employer | **Tomorrow is Yesterday** | |
| How long employed | **27 Years** | |
| Address of Employer | **5600 North Second Street** **Loves Park, IL 61111** | |

| | | DEBTOR | | SPOUSE |
|---|---|---:|---|---:|
| INCOME: (Estimate of average or projected monthly income at time case filed) | | | | |
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **2,688.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **2,688.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **624.00** | $ | **N/A** |
| b. Insurance | $ | **121.00** | $ | **N/A** |
| c. Union dues | $ | **0.00** | $ | **N/A** |
| d. Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **745.00** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **1,943.00** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **1,700.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **1,700.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **3,643.00** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | | $ | **3,643.00** |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **Kim Kowalewski**                                                      Case No. _____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 600.00 |
| a. Are real estate taxes included? | Yes ___    No **X** | | |
| b. Is property insurance included? | Yes ___    No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | | $ | 284.00 |
| b. Water and sewer | | $ | 84.00 |
| c. Telephone | | $ | 110.00 |
| d. Other   **Cable** | | $ | 100.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 100.00 |
| 4. Food | | $ | 500.00 |
| 5. Clothing | | $ | 25.00 |
| 6. Laundry and dry cleaning | | $ | 10.00 |
| 7. Medical and dental expenses | | $ | 515.00 |
| 8. Transportation (not including car payments) | | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 200.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 50.00 |
| b. Life | | $ | 41.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 61.00 |
| e. Other   **See Detailed Expense Attachment** | | $ | 1,477.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other | | $ | 0.00 |
| c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other | | $ | 0.00 |
| Other | | $ | 0.00 |

18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)        $  4,357.00

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---|
| a. | Average monthly income from Line 15 of Schedule I | $ | 3,643.00 |
| b. | Average monthly expenses from Line 18 above | $ | 4,357.00 |
| c. | Monthly net income (a. minus b.) | $ | -714.00 |

**B6J (Official Form 6J) (12/07)**

In re __**Kim Kowalewski**_____        Case No. _____
                                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Insurance Expenditures:**

| | | |
|---|---|---:|
| **Disability Insurance** | $ | **26.00** |
| **Non dischargeable taxes for Blackhawk Hobby** | $ | **1,451.00** |
| **Total Other Insurance Expenditures** | $ | **1,477.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Kim Kowalewski**                                    Case No.
_____
                              Debtor(s)              Chapter   **7**
_____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**58**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **March 12, 2009**                    Signature   **/s/ Kim Kowalewski**
                                                        **Kim Kowalewski**
                                                        Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    __Kim Kowalewski__                                         Case No.     _____

                                                      Debtor(s)             Chapter     __7__

# STATEMENT OF FINANCIAL AFFAIRS

    This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

    Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

    *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

    *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

    **1. Income from employment or operation of business**

None      State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐        business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| **$60,825.00** | **2008** |
| **$64,949.00** | **2007** |
| **$65,000.00** | **2006** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                SOURCE

**3. Payments to creditors**

None
■

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

**5. Repossessions, foreclosures and returns**

None
■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bernard J Natale, Ltd**<br>**6833 Stalter Dr, Suite 201**<br>**Rockford, IL 61108** | **January, 2009** | **$2,000 & Costs** |

4

**10. Other transfers**

None
■
   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■
   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11.  Closed financial accounts**

None
■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12.  Safe deposit boxes**

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13.  Setoffs**

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14.  Property held for another person**

None
☐
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**Kim Kowalewski**

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---------|-----------|--------------------|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|----------------------------------------|----------------|-------------------|

None ■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|-----------------------|----------------------------------------|----------------|-------------------|

None ■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|----------------------------------------|---------------|-----------------------|

6

### 18 . Nature, location and name of business

None
☐

   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

   *If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

   *If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Blackhawk Hobby & Distributors, Inc** | 9254 | **5600 N 2nd St Loves Park, IL 61111** | **Hobby Shop** | **1982 - 11/2008** |
| **Tomorrow is Yesterday** | 2974 | **5600 North Second Street Loves Park, IL 61111** | **Hobby Shop** | **1994 - Current** |

None
■

   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                      ADDRESS

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                             DATES SERVICES RENDERED

**Weinberg & Co.**
**1415 East State Street**
**Suite 608**
**Rockford, IL 61104**

None
■

   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                            ADDRESS                       DATES SERVICES RENDERED

None
■

   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                             ADDRESS

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
          issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                             DATE ISSUED

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
          and the dollar amount and basis of each inventory.

                                                            DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY          INVENTORY SUPERVISOR             (Specify cost, market or other basis)

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                  NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                 RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                  NATURE OF INTEREST              PERCENTAGE OF INTEREST

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
          controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                            NATURE AND PERCENTAGE
NAME AND ADDRESS                  TITLE                      OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
          commencement of this case.

NAME                              ADDRESS                         DATE OF WITHDRAWAL

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
          immediately preceding the commencement of this case.

NAME AND ADDRESS                  TITLE                      DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
          in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
          commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                     DATE AND PURPOSE                AMOUNT OF MONEY
OF RECIPIENT,                     DATE AND PURPOSE                OR DESCRIPTION AND
RELATIONSHIP TO DEBTOR            OF WITHDRAWAL                   VALUE OF PROPERTY

### 24. Tax Consolidation Group.

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated
          group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement
          of the case.

NAME OF PARENT CORPORATION                          TAXPAYER IDENTIFICATION NUMBER (EIN)

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

8

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)


## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date **March 12, 2009**                    Signature   **/s/ Kim Kowalewski**
                                                        **Kim Kowalewski**
                                                        Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Kim Kowalewski** _____   Case No. _____
                                    Debtor(s)        Chapter   **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

---

Property No. 1

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| **First National Bank & Trust** | **All Business Assets of Blackhawk Hobby** |

Property will be (check one):
- ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- □ Claimed as Exempt          ■ Not claimed as exempt

---

Property No. 2

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| **Neal Rieken** | **Location: 902 10th Ave, Rockford IL** |

Property will be (check one):
- ■ Surrendered          □ Retained

If retaining the property, I intend to (check at least one):
- □ Redeem the property
- □ Reaffirm the debt
- □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          □ Not claimed as exempt

---

B8 (Form 8) (12/08)                                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Neal Rieken** | **Describe Property Securing Debt:**<br>**5600 - 5608 N 2nd St & 422-426 Grand Ave, Loves Park, IL** |

Property will be (check one):

■ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt        ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Wizards of the Coast, Inc** | **Describe Property Securing Debt:**<br>**Inventory - board, card and miniture games (fmv based on cost)** |

Property will be (check one):

■ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt        ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **March 12, 2009**                    Signature  **/s/ Kim Kowalewski**
                                                      **Kim Kowalewski**
                                                      Debtor

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Kim Kowalewski**                                      Case No. _____

_____
Debtor(s)                     Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept.................................................. $          **2,000.00**

     Prior to the filing of this statement I have received................................. $          **2,000.00**

     Balance Due................................................................................................. $             **0.00**

2.    $ **299.00** of the filing fee has been paid.

3.    The source of the compensation paid to me was:

     ■      Debtor         ☐      Other (specify):

4.    The source of compensation to be paid to me is:

     ■      Debtor         ☐      Other (specify):

5.    ■     I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐     I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
     **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

## CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **March 12, 2009**                  **/s/ Bernard J. Natale**
                                          **Bernard J. Natale 2018683**
                                          **Bernard J. Natale, Ltd**
                                          **6833 Stalter Dr., Suite 201**
                                          **Rockford, IL 61108**
                                          **(815) 964-4700   Fax: (815) 316-4646**
                                          **natalelaw@bjnatalelaw.com**

B 201 (12/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

B 201 (12/08)

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## <u>Chapter 11</u>: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## <u>Chapter 12</u>: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. <u>Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials</u>

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

## Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| Bernard J. Natale 2018683 | X  /s/ Bernard J. Natale | March 12, 2009 |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**6833 Stalter Dr., Suite 201**
**Rockford, IL 61108**
**(815) 964-4700**
**natalelaw@bjnatalelaw.com**

## Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| Kim Kowalewski | X  /s/ Kim Kowalewski | March 12, 2009 |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) | X | |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Kim Kowalewski**
_____    Case No. _____
                              Debtor(s)    Chapter    **7** _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **155**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **March 12, 2009**
_____    **/s/ Kim Kowalewski**
                        _____
                        **Kim Kowalewski**
                        Signature of Debtor

ACD Distribution
2841 Index Road
Madison, WI 53713

Atlas Games
885 Pierce Butler Route
Saint Paul, MN 55104-1522

Bonnel Heating & A/C, Inc.
2107 Nimtz Road
Loves Park, IL 61111

Aegis Studios
238 Grand Avenue
Loves Park, IL 61111

Attorney Travis Porter
Greenspan & Douglas, Inc.
2921 E. Ft. Lowell Rd. - Ste 113
Calumet, MN 55716

Bounding Fire Productions
7708A Mullen Drive
Austin, TX 78757

Alderac Entertainment Group
4045 Guasti Road - #210
Ontario, CA 91761

Australian Design Group
15100 East Castle Drive
Wichita, KS 67230

Business Card
PO Box 15710
Wilmington, DE 19886-5710

Amarillo Design Bureau, Inc.
PO Box 8759
Amarillo, TX 79114-8759

Avalanche Press Ltd.
543 Central Drive - Suite 220
Virginia Beach, VA 23454

Chaosium, Inc.
22568 Mission Blvd. - #423
Hayward, CA 94541

Amcore Bank, NA
PO Box 1537
Rockford, IL 61110

Bank of America
PO Box 15726
Wilmington, DE 19886-5726

Charles May
1001 West Frontage Road
191 Thunderbird Villa
South Gate, CA 90280

American Express Bank
PO Box 0001
Los Angeles, CA 90096-0001

Beckett Media, LP
4635 McEwen Drive
Dallas, TX 75244-5308

Charter Service
PO Box 3255
Milwaukee, WI 53201-3255

AMSAN
13924 Collection Center Drive
Chicago, IL 60693

Blackhawk Hobby & Distributors, Inc
5600 N 2nd St
Loves Park, IL 61111

Citi Cards
PO Box 68891
Des Moines, IA 50368-8911

Asmodee Editions
55 Avenue DuMont Royal Ques - #207
Montreal Quebec
CANADA

Blackhawk Hobby Distributors
14225 Hansberry Road
Rockton, IL 61072

Citi Cards
PO Box 6000
The Lakes, NV 89163-6000

AT&T
PO Box 8100
Aurora, IL 60507-8100

Blackhawk Hobby Distributors, Inc
PO Box 6418
Rockford, IL 61125

Citi Ready Credit
PO Box 688911
Des Moines, IA 50368-8911

AT&T
Bankruptcy Department
6021 S. Rio Grande Avenue
Orlando, FL 32859

Blackhawk Hobby Distributors, Inc.
PO Box 6481
Rockford, IL 61125

Clash of Arms Games
PO Box 212
DE 19742

Cloud Kingdom Games
2300 Central Avenue - Suite D
Boulder, CO 80301

DEG
8510 Innovation Way
Chicago, IL 60682-0085

FedEx
PO Box 94515
Palatine, IL 60094-4515

ComEd Bankruptcy Group
2100 Swift Drive
Oak Brook, IL 60523

Diamond Distributors, Inc.
1966 Greenspring Drive
Suite 300
Lutherville Timonium, MD 21093

First National Bank & Trust
345 E Grand Ave
Beloit, WI 53511

Compass Games, LLC
PO Box 271
Cromwell, CT 06416

Elder Signs Press
PO Box 389
Lake Orion, MI 48361-0389

Flying Buffalo
PO Box 8467
Scottsdale, AZ 85252

Critical Hit, Inc.
PO Box 279
Croton Falls, NY 10519

Elfin Enterprises
PO Box 1023
Ann Arbor, MI 48106-1023

Flying Frog Productions
2518 141st St. SW
Lynnwood, WA 98087

Crystal Caste Dice
7031 S. Aavenida De Pina
Tucson, AZ 85747

Elfinwerks
PO Box 1203
Ann Arbor, MI 48106

Gale Force 9
385-120 Reas Ford Road
Earlysville, VA 22936

Curtis Circulation Company
Specialty Sales Department
PO Box 9103
Camden, NJ 08101-9103

F&W Media
Bulk Payments
PO Box 175144
Columbus, OH 43271-5144

Gallant Hands Gamers Gear
% Debbie & Don Veilhaber
PO Box 2017
Paradise, CA 95969

Dan Verssen Games
1230A Barranca Avenue
Glendora, CA 91740

F&W Publications
APO Box 5014
Iola, WI 54945-5014

Games Workshop
Attn:  Karen Zukowski
6711 Bay Meadow Drive
Glen Burnie, MD 21060

Darkfuries Publishing
PO Box 3099
Newport News, VA 23603

Face to Face
PO Box 40218
Providence, RI 02940-0218

Games Workshop Midwest
13664 Collections Center Drive
Chicago, IL 60693

Decision Games
PO Box 21598
Bakersfield, CA 93390

Fantasy Flight Games
1975 County Road B-2 - Suite 1
Saint Paul, MN 55113

GMT Games
PO Box 1308
Hanford, CA 93232

Dell Business Credit
PO Box 5275
Carol Stream, IL 60197-5275

Far Future Enterprises
1418 North Clinton Blvd.
Bloomington, IL 61701

Gorilla Games
5023 West 134th Place
Hawthorne, CA 90250

Great American
1 Odell Plaza
Yonkers, NY 10701

TEC Swedish American
Emergency Physicians
PO Box 3261
Milwaukee, WI 53201-3261

Key 20 Direct
PO Box 133
Hinckley, OH 44233

Green Ronin Publishing
7831 29th Ave. S.
Seattle, WA 98108

Illinois Department of Revenue
200 S. Wyman - #306
Rockford, IL 61101-1234

Keystone Insurance Agency
1626 N. Main Street
Rockford, IL 61103

Guyer & Enichen
2601 Reid Farm Road - Suite B
Rockford, IL 61114

Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664-0338

Khyber Pass Games
W5311 CTH W
Holmen, WI 54636

Heat of Battle
Steve Dethlefsen
525 Golf Lane
Lake Forest, IL 60045-2114

Impressions Adv. & Marketing
704 Thompsons Drive
Brentwood, CA 94513

Koplow Games
369 Congress Street
Boston, MA 02110

Hero Games
226 E. 54th Street - #606
New York, NY 10022

Inmediares Productions, LLC
Catalyst Game Labs
PMB 202
Lake Stevens, WA 98258

L2 Design Group
3044 Bloor Streeet West - Suite 95
Toronto  M8X2Y8
CANADA

Hidden City Games
120 Lakeside Avenue - Suite 100
Seattle, WA 98122

Inner City Games Designs
36460 N. US Highway 45
Lake Villa, IL 60046

Laughing Pan Productions
37 Caraway Lane
Spencerport, NY 14559

Hinckley Springs
PO Box 660579
Dallas, TX 75266-0579

Internal Revenue Service
CCP-LU ACS Correspondence
PO Box 145566  STOP 813G  CSC
Cincinnati, OH 45250-5566

Legio X Inc.
947 Vernon Avenue
Beloit, WI 53511

Historical Military Services
4964 Lowell Blvd.
Denver, CO 80221

Internal Revenue Service
211 S. Court Street
Rockford, IL 61101

Lone Wolf Development
1101 Pheasant Hill Way
San Jose, CA 95120

Hot Wire Foam Factory
216 East Laurel Avenue
Lompoc, CA 93436

Iron Wind Metals LLC
4858 Provident Drive - Suite M
Cincinnati, OH 45246

Loony Labs
PO Box 761
College Park, MD 20741

Idearc Media Corp.
PO Box 619810
Dallas, TX 75261-9810

Kenzer & Company
1912 Halifax Street
Libertyville, IL 60048

Loves Park Water Department
PO Box 2275
Loves Park, IL 61131-0275

Max Protection, LLC
5862 S. 194th Street
Kent, WA 98032

Nicor Gas - Bankruptcy Dept.
1844 Ferry Road
Naperville, IL 60563

Pierce Box & Paper
4133 Newburg Road
Belvidere, IL 61008

McDonald Modular Solutions, Inc.
23800 West 8 Mile Road
Southfield, MI 48033

Northern Illinois Imaging
PO Box 1733
Rockford, IL 61110-0233

Pitney Bowes Financial Services
P O Box 856460
Louisville, KY 40285-6460

MCI
PO Box 17890
Denver, CO 80217

Office Depot Credit Plan
P O Box 9020
Des Moines, IA 50368-9020

Pitney Bowes Purchase Power
PO Box 856042
Louisville, KY 40285-6042

Minden Games
9573 W. Vogel Avenue
Peoria, AZ 85345

Omega Games
PO Box 2191
Valrico, FL 33595

Polymancer Studios
20 Weredale Park
Westmont  Quebec  H3Z1Y6
CANADA

Miniature Building Authority
PO Box 107
Bethlehem, GA 30620-0107

On Military Matters
31 West Broad Street - Suite C
Hopewell, NJ 08525

Privateer Press
13434  NE 16th Street - Suite 120
Bellevue, WA 98005

Monday Knight Productions
4100 NE 104th Avenue
Vancouver, WA 98682

Paetec
PO Box 3243
Milwaukee, WI 53201-3243

PSI
1554 Litton Drive
Stone Mountain, GA 30083

Mongoose Publishing
McFarland State Bank
Attn:  A Postel
Mc Farland, WI 53558

Paizo Publishing
2700 Richards Road - Suite 201
Bellevue, WA 98005-4200

R Talsorian Game, Inc.
PO Box 2047
Kirkland, WA 98034

Multi Man Publishing
403 Headquarters Drive
Suite 7
Millersville, MD 21108

Palladium Books
39074 Webb Court
Westland, MI 48185

Renaissance Enterprises
6638 Town Bluff Drive
Dallas, TX 75248

Neal Rieken
1121 South West Pine Tree Lane
Palm City, FL 34990

PC Tech 2U
10148 Ashdown
Machesney Park, IL 61115

Rio Grande Games
1804 Platte River Road
Rio Rancho, NM 87144

New England Simulations
11 Faxon Street
Nashua, NH 03060

Per Mar Security
PO Box 1101
Davenport, IA 52805-1101

Robart Mfg., Inc.
625 N. 12th Street
Saint Charles, IL 60174

Rock Energy Coop
2815 Kennedy Road
Janesville, WI 53545

Sheaffer Signal Tools
116 Crowley Drive
Carrollton, TX 75011

Twilight Creations, Inc.
6103 Cabin Creek East
Newport, KY 41076


Rock River Disposal
Box 673045
Milwaukee, WI 53267-3045

SSDC, Inc.
PO Box 40553
Portland, OR 97240

Tynes Cowan Corp.
dba Pagan Publishing & Armit
5536  25th Avenue NE
Seattle, WA 98105


Rock River Internet
202 W. State Street - 8th Floor
Rockford, IL 61101-1118

Steve Jackson Games
PO Box 18957
Austin, TX 78760

Uberplay Entertainment
470 Country Lane - #2
Santa Clara, UT 84765


Rockford Gastroenterology Assoc.
401 Roxbury Road
Rockford, IL 61107-5078

Stuart Lind
2342  10th Street
Rockford, IL 61108

United Parcel Service
Lockbox 577
Carol Stream, IL 60132-0577


Rockford Register Star
PO Box 439
Rockford, IL 61105

Supplies Are US LLC
463 Cedar Street
Fond Du Lac, WI 54935

Upper Deck
13326 Collection Center Drive
Chicago, IL 60693


RSM McGladrey, Inc.
5155 Paysphere Circle
Chicago, IL 60674

Swedish American Hospital
PO Box 4448
Rockford, IL 61110-0948

UPS
Lockbox 577
Carol Stream, IL 60132-0577


Sabol Designs, Inc.
503 Hickory Ridge Trail
Suitre 140
Woodstock, GA 30188

Testors Corporation
PO Box 73863
Cleveland, OH 44193

US Bank - United Recovery Syste
5800 North Course Drive
Houston, TX 77072


Shelia Jascemskaas
14225 Hansberry Rd
Rockton, IL 61072

Timeline Ltd.
127 Glen Forest Road
Magnolia, DE 19962-1706

Verizon Bankruptcy Administration
404 Brock Drive
Bloomington, IL 61701


Silver Fox Productions, Inc.
PO Box 1386
Brantford Ontario   N3T 5T6
CANADA

Tomorrow is Yesterday
5600 N. 2nd Streert
Loves Park, IL 61111

War Torn Worlds
4810 Kenmar Road
Sacramento, CA 95835


Simmons Games
837 Orange Avenue
Sunnyvale, CA 94087

Treadhead Games Legions East
PMB-182
1971 Western Avenue
Albany, NY 12203

Wizards of the Coast
PO Box 403050
Atlanta, GA 30384-3050

Wizards of the Coast, Inc
1801 Lind Ave SW
Renton, WA 98055


Worthington  Games
PO Box 62725
Virginia Beach, VA 23466-2725


Yellow  Book  USA  -West
PO Box  6448
Carol Stream, IL 60197-6448


Z-Man  Games
6 Alan  Drive
Mahopac, NY 10541


Zipwhaa,  Inc.
547 Bluebird  Drive
Bolingbrook, IL 60440