UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

| | |
|---|---|
| In re: KOWALEWSKI, KIM | § Case No. 09-70887 |
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 03/01/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/12/2010          By: /s/MEGAN G. HEEG
                                        Trustee

MEGAN G. HEEG
215 E. First St.
P.O. Box 447
Dixon, IL  61021
(815) 288-4949

**UST Form 101-7-NFR (9/1/2009)**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### ROCKFORD DIVISION

| | | |
|---|---|---|
| In re: KOWALEWSKI, KIM | § | Case No. 09-70887 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,712.13 |
| *and approved disbursements of* | $ 350.00 |
| *leaving a balance on hand of* [1] | $ 10,362.13 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | MEGAN G. HEEG | $ 1,786.21 | $ 6.50 |
| Attorney for trustee | Ehrmann Gehlbach Badger & Lee | $ 640.00 | $ 12.25 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

|  |  |  |  |
|---|---|---|---|
| *Attorney for debtor* | _____ | $ _____ | $ _____ |
| *Attorney for* | _____ | $ _____ | $ _____ |
| *Accountant for* | _____ | $ _____ | $ _____ |
| *Appraiser for* | _____ | $ _____ | $ _____ |
| *Other* | _____ | $ _____ | $ _____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $26,633.04 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 8P | Illinois Department of Revenue Bankruptcy Section | $ 11,770.00 | $ 3,498.85 |
| 20 | Internal Revenue Service | $ 14,863.04 | $ 4,418.32 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 301,247.81 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | PSI | $ 2,392.12 | $ 0.00 |
| 2 | PYOD LLC its successors and assigns as assignee of | $ 25,044.01 | $ 0.00 |
| 3 | PYOD LLC its successors and assigns as assignee of | $ 20,709.92 | $ 0.00 |
| 4 | PYOD LLC its successors and assigns as assignee of | $ 2,183.76 | $ 0.00 |
| 5 | Hasbro Receivables Funding LLC | $ 121,369.91 | $ 0.00 |
| 6 | Palladium Books | $ 3,815.04 | $ 0.00 |
| 7 | Privateer Press | $ 7,993.91 | $ 0.00 |
| 8U | Illinois Department of Revenue Bankruptcy Section | $ 1,626.00 | $ 0.00 |
| 9 | Dan Verssen Games | $ 459.76 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 10 | Richard Piper | $ 615.28 | $ 0.00 |
| 11 | Gale Force 9 | $ 890.00 | $ 0.00 |
| 12 | Interline Brands Inc | $ 534.45 | $ 0.00 |
| 13 | Paizo Publishing | $ 5,889.63 | $ 0.00 |
| 14 | SSDC, Inc. | $ 682.44 | $ 0.00 |
| 15U | Neal Rieken | $ 26,137.98 | $ 0.00 |
| 16 | Diamond Distributors, Inc. | $ 25,414.40 | $ 0.00 |
| 17 | Testors Corporation | $ 2,069.66 | $ 0.00 |
| 18 | American Express Bank FSB | $ 8,588.51 | $ 0.00 |
| 19 | American Express Bank FSB | $ 4,163.58 | $ 0.00 |
| 21 | Shelia Jascemskaas | $ 15,537.00 | $ 0.00 |
| 22 | Yellow Book USA (MPM) | $ 3,512.00 | $ 0.00 |
| 24 | Steve Jackson Games | $ 16,464.01 | $ 0.00 |
| 25 | Atlas Games | $ 4,041.68 | $ 0.00 |
| 26 | Nicor Gas | $ 1,112.76 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 57,193.88 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 27 | Fantasy Flight Games | $ 14,859.01 | $ 0.00 |
| 28 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 25,348.33 | $ 0.00 |
| 29 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 16,986.54 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant                        Allowed Amt. of Claim   Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG
215 E. First St.
P.O. Box 447
Dixon, IL  61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: cbachman              Page 1 of 3                   Date Rcvd: Jan 15, 2010
Case: 09-70887                 Form ID: pdf006             Total Noticed: 166


The following entities were noticed by first class mail on Jan 17, 2010.
db          +Kim Kowalewski,    902 10th Ave,    Rockford, IL 61104-4609
aty         +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
              Rockford, IL 61108-2582
13632538    +ACD Distribution,    2841 Index Road,    Madison, WI 53713-3198
13632544    +AMSAN,   13924 Collection Center Drive,    Chicago, IL 60693-0139
13632546     AT&T,   PO Box 8100,    Aurora, IL 60507-8100
13632547    +AT&T,   Bankruptcy Department,    6021 S. Rio Grande Avenue,    Orlando, FL 32809-4613
13632539    +Aegis Studios,    238 Grand Avenue,    Loves Park, IL 61111-4509
13632540    +Alderac Entertainment Group,    4045 Guasti Road - #210,    Ontario, CA 91761-1502
13632541     Amarillo Design Bureau, Inc.,    PO Box 8759,    Amarillo, TX 79114-8759
13632542    +Amcore Bank, NA,    PO Box 1537,    Rockford, IL 61110-0037
13632543     American Express Bank,    PO Box 0001,    Los Angeles, CA 90096-0001
14037722     American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
13632545     Asmodee Editions,    55 Avenue DuMont Royal Ques - #207,    Montreal Quebec,   CANADA
13632548     Atlas Games,    885 Pierce Butler Route,    Saint Paul, MN 55104-1522
13632549     Attorney Travis Porter,    Greenspan & Douglas, Inc.,    2921 E. Ft. Lowell Rd. - Ste 113,
              Calumet, MN 55716
13632550    +Australian Design Group,    15100 East Castle Drive,    Wichita, KS 67230-9209
13632551    +Avalanche Press Ltd.,    543 Central Drive - Suite 220,    Virginia Beach, VA 23454-5280
13632552     Bank of America,    PO Box 15726,    Wilmington, DE 19886-5726
13632553     Beckett Media, LP,    4635 McEwen Drive,    Dallas, TX 75244-5308
13632554    +Blackhawk Hobby & Distributors, Inc,    5600 N 2nd St,    Loves Park, IL 61111-4602
13632555    +Blackhawk Hobby Distributors,    14225 Hansberry Road,    Rockton, IL 61072-9752
13632556    +Blackhawk Hobby Distributors, Inc,    PO Box 6418,    Rockford, IL 61125-1418
13632557    +Blackhawk Hobby Distributors, Inc.,    PO Box 6481,    Rockford, IL 61125-1481
13632558    +Bonnel Heating & A/C, Inc.,    2107 Nimtz Road,    Loves Park, IL 61111-3926
13632559    +Bounding Fire Productions,    7708A Mullen Drive,    Austin, TX 78757-1347
13632560     Business Card,    PO Box 15710,    Wilmington, DE 19886-5710
13632561    +Chaosium, Inc.,    22568 Mission Blvd. - #423,    Hayward, CA 94541-5116
13632562     Charles May,    1001 West Frontage Road,    191 Thunderbird Villa,    South Gate, CA 90280
13632563     Charter Service,    PO Box 3255,    Milwaukee, WI 53201-3255
13632565     Citi Cards,    PO Box 6000,    The Lakes, NV 89163-6000
13632564     Citi Cards,    PO Box 68891,    Des Moines, IA 50368-8911
13632566     Citi Ready Credit,    PO Box 688911,    Des Moines, IA 50368-8911
13632568    +Cloud Kingdom Games,    2300 Central Avenue - Suite D,    Boulder, CO 80301-2842
13632570    +Compass Games, LLC,    PO Box 271,    Cromwell, CT 06416-0271
13632571    +Critical Hit, Inc.,    PO Box 279,    Croton Falls, NY 10519-0279
13632572     Crystal Caste Dice,    7031 S. Aavenida De Pina,    Tucson, AZ 85747
13632573     Curtis Circulation Company,    Specialty Sales Department,    PO Box 9103,   Camden, NJ 08101-9103
13632578     DEX,   8519 Innovation Way,    Chicago, IL 60682-0085
13632574    +Dan Verssen Games,    1230A Barranca Avenue,    Glendora, CA 91740-4985
13632575    +Darkfuries Publishing,    PO Box 3099,    Newport News, VA 23603-0099
13632576    +Decision Games,    PO Box 21598,    Bakersfield, CA 93390-1598
13632577     Dell Business Credit,    PO Box 5275,    Carol Stream, IL 60197-5275
13632579    +Diamond Distributors, Inc.,    1966 Greenspring Drive,    Suite 300,
              Lutherville Timonium, MD 21093-7609
13632580     Elder Signs Press,    PO Box 389,    Lake Orion, MI 48361-0389
13632581     Elfin Enterprises,    PO Box 1023,    Ann Arbor, MI 48106-1023
13632582    +Elfinwerks,    PO Box 1203,    Ann Arbor, MI 48106-1203
13632583     F&W Media,    Bulk Payments,    PO Box 175144,    Columbus, OH 43271-5144
13632584     F&W Publications,    APO Box 5014,    Iola, WI 54945-5014
14284266     FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
              Oklahoma City, OK  73124-8809
13632585     Face to Face,    PO Box 40218,    Providence, RI 02940-0218
13632586    +Fantasy Flight Games,    1975 County Road B-2 - Suite 1,    Saint Paul, MN 55113-2725
13632587    +Far Future Enterprises,    1418 North Clinton Blvd.,    Bloomington, IL 61701-1812
13632588     Fed Ex,   PO Box 94515,    Palatine, IL 60094-4515
13632589    +First National Bank & Trust,    345 E Grand Ave,    Beloit, WI 53511-6226
13632590    +Flying Buffalo,    PO Box 8467,    Scottsdale, AZ 85252-8467
13632591    +Flying Frog Productions,    2518 141st St. SW,    Lynnwood, WA 98087-1208
13632596    +GMT Games,    PO Box 1308,    Hanford, CA 93232-1308
13632592    +Gale Force 9,    385-120 Reas Ford Road,    Earlysville, VA 22936-2407
13632593    +Gallant Hands Gamers Gear,    % Debbie & Don Veilhaber,    PO Box 2017,    Paradise, CA 95967-2017
13632594    +Games Workshop,    Attn: Karen Zukowski,    6711 Bay Meadow Drive,    Glen Burnie, MD 21060-6401
13632595    +Games Workshop Midwest,    13664 Collections Center Drive,    Chicago, IL 60693-0136
13632597    +Gorilla Games,    5023 West 134th Place,    Hawthorne, CA 90250-5619
13632598    +Great American,    1 Odell Plaza,    Yonkers, NY 10701-1402
13632599     Green Ronin Publishing,    7831 29th Ave. S.,    Seattle, WA 98108
13632600    +Guyer & Enichen,    2601 Reid Farm Road - Suite B,    Rockford, IL 61114-6698
13926058    +Hasbro Receivables Funding LLC,    c/o Hasbro Inc,    200 Narragansett Park Dr,
              Pawtucket, RI 02861-4338,    attn: Frada Salo
13632601     Heat of Battle,    Steve Dethlefsen,    525 Golf Lane,    Lake Forest, IL 60045-2114
13632602    +Hero Games,    226 E. 54th Street - #606,    New York, NY 10022-4854
13632603    +Hidden City Games,    120 Lakeside Avenue - Suite 100,    Seattle, WA 98122-6548
13632604     Hinckley Springs,    PO Box 660579,    Dallas, TX 75266-0579
13632605    +Historical Military Services,    4964 Lowell Blvd.,    Denver, CO 80221-1028
13632606    +Hot Wire Foam Factory,    216 East Laurel Avenue,    Lompoc, CA 93436-5364
13632608     IHC Swedish American,    Emergency Physicians,    PO Box 3261,    Milwaukee, WI 53201-3261
13632614    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service,    CCP-LU ACS Correspondence,
              PO Box 145566 STOP 813G CSC,    Cincinnati, OH 45250-5566)
```

```
District/off: 0752-3          User: cbachman              Page 2 of 3                   Date Rcvd: Jan 15, 2010
Case: 09-70887                Form ID: pdf006             Total Noticed: 166

13632615      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                 PHILADELPHIA PA 19114-0326
               (address filed with court:  Internal Revenue Service,    POB 21126,   Philadelphia, PA 19114)
13632607       Idearc Media Corp.,    PO Box 619810,    Dallas, TX 75261-9810
13632609       Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
13632611      +Impressions Adv. & Marketing,    704 Thompsons Drive,    Brentwood, CA 94513-6704
13632612       Inmediares Productions, LLC,    Catalyst Game Labs,    PMB 202,   Lake Stevens, WA 98258
13632613      +Inner City Games Designs,    36460 N. US Highway 45,    Lake Villa, IL 60046-7457
13942256      +Interline Brands Inc,    dba amsan,   801 W Bay St,    Jacksonville, FL 32204-1605
13632616      +Iron Wind Metals LLC,    4858 Provident Drive - Suite M,    Cincinnati, OH 45246-1089
13632617      +Kenzer & Company,    1912 Halifax Street,    Libertyville, IL 60048-4334
13632618      +Key 20 Direct,    PO Box 133,   Hinckley, OH 44233-0133
13632619      +Keystone Insurance Agency,    1626 N. Main Street,    Rockford, IL 61103-4792
13632620       Khyber Pass Games,    W5311 CTH W,   Holmen, WI 54636
13632621      +Koplow Games,    369 Congress Street,    Boston, MA 02210-1871
13632622       L2 Design Group,    3044 Bloor Streeet West - Suite 956,    Toronto M8X2Y8,    CANADA
13632623      +Laughing Pan Productions,    37 Caraway Lane,    Spencerport, NY 14559-1718
13632624      +Legio X Inc.,    947 Vernon Avenue,    Beloit, WI 53511-6066
13632625      +Lone Wolf Development,    1101 Pheasant Hill Way,    San Jose, CA 95120-5830
13632626      +Loony Labs,    PO Box 761,    College Park, MD 20741-0761
13632627       Loves Park Water Department,    PO Box 2275,    Loves Park, IL 61131-0275
13632630      +MCI,   PO Box 17890,    Denver, CO 80217-0890
13632628      +Max Protection LLC,    5862 S. 194th Street,    Kent, WA 98032-2126
13632629      +McDonald Modular Solutions, Inc.,    23800 West 8 Mile Road,    Southfield, MI 48033-4258
13632631      +Minden Games,    9573 W. Vogel Avenue,    Peoria, AZ 85345-6926
13632632       Miniature Building Authority,    PO Box 107,    Bethlehem, GA 30620-0107
13632633      +Monday Knight Productions,    4100 NE 104th Avenue,    Vancouver, WA 98682-6721
13632634       Mongoose Publishing,    McFarland State Bank,    Attn: A Postel,    Mc Farland, WI 53558
13632635      +Multi Man Publishing,    403 Headquarters Drive,    Suite 7,   Millersville, MD 21108-2546
13632636      +Neal Rieken,    1121 South West Pine Tree Lane,    Palm City, FL 34990-1946
13632637      +New England Simulations,    11 Faxon Street,    Nashua, NH 03060-5180
13632639       Northern Illinois Imaging,    PO Box 1733,    Rockford, IL 61110-0233
13632640       Office Depot Credit Plan,    P O Box 9020,    Des Moines, IA 50368-9020
13632641      +Omega Games,    PO Box 2191,    Valrico, FL 33595-2191
13632642      +On Military Matters,    31 West Broad Street - Suite C,    Hopewell, NJ 08525-1927
13632646       PC Tech 2U,    10148 Ashdown,    Machesney Park, IL 61115
13632653      +PSI,   1554 Litton Drive,    Stone Mountain, GA 30083-1302
13925217      +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
13632643       Paetec,    PO Box 3243,    Milwaukee, WI 53201-3243
13632644       Paizo Publishing,    2700 Richards Road - Suite 201,    Bellevue, WA 98005-4200
13632645      +Palladium Books,    39074 Webb Court,    Westland, MI 48185-7606
13632647       Per Mar Security,    PO Box 1101,    Davenport, IA 52805-1101
13632648      +Pierce Box & Paper,    4133 Newburg Road,    Belvidere, IL 61008-6700
13632649       Pitney Bowes Financial Services,    P O Box 856460,    Louisville, KY 40285-6460
13632650       Pitney Bowes Purchase Power,    PO Box 856042,    Louisville, KY 40285-6042
13632651       Polymancer Studios,    20 Weredale Park,    Westmont Quebec H3Z1Y6,    CANADA
13632652      +Privateer Press,    13434 NE 16th Street - Suite 120,    Bellevue, WA 98005-2335
13632654      +R Talsorian Game, Inc.,    PO Box 2047,    Kirkland, WA 98083
13632663      +RSM McGladrey, Inc.,    5155 Paysphere Circle,    Chicago, IL 60674-0051
13748443      +Radiology Consultants of Rockford,    POB 4542,    Rockford, IL 61110-4542
13632655      +Renaissance Enterprises,    6638 Town Bluff Drive,    Dallas, TX 75248-5410
13748444      +Richard Piper,    758 Ivy Oaks Dr,    Caledonia, IL 61011-9507
13632656      +Rio Grande Games,    1804 Platte River Road,    Rio Rancho, NM 87144-6408
13632657      +Robart Mfg., Inc.,    625 N. 12th Street,    Saint Charles, IL 60174-1728
13632658      +Rock Energy Coop,    PO Box 1758,    Janesville, WI 53547-1758
13632659       Rock River Disposal,    Box 673045,    Milwaukee, WI 53267-3045
13632660      +Rock River Internet,    202 W. State Street - 8th Floor,    Rockford, IL 61101-1138
13632661       Rockford Gastroenterology Assoc.,    401 Roxbury Road,    Rockford, IL 61107-5078
13632662      +Rockford Register Star,    PO Box 439,    Rockford, IL 61105-0439
13632669      +SSDC, Inc.,    183 Harding Rd,    Rochester, NY 14612-5745
13632664      +Sabol Designs, Inc.,    503 Hickory Ridge Trail,    Suitre 140,    Woodstock, GA 30188-6854
13632665      +Shelia Jascemskaas,    14225 Hansberry Rd,    Rockton, IL 61072-9752
13632666       Silver Fox Productions, Inc.,    PO Box 1386,    Brantford Ontario N3T 5T6,    CANADA
13632667      +Simmons Games,    837 Orange Avenue,    Sunnyvale, CA 94087-1146
13632668      +Squadron Signal Tools,    1115 Crowley Drive,    Carrollton, TX 75006-1312
13632670      +Steve Jackson Games,    PO Box 18957,    Austin, TX 78760-8957
13632671      +Stuart Lind,    2342 10th Street,    Rockford, IL 61104-7213
13632672      +Supplies Are US LLC,    463 Cedar Street,    Fond Du Lac, WI 54935-5558
13632673       Swedish American Hospital,    PO Box 4448,    Rockford, IL 61110-0948
13748445      +Swedish American Medical Group,    PO Box 1567,    Rockford, IL 61110-0067
13632674      +Testors Corporation,    PO Box 73863,    Cleveland, OH 44193-1272
13632675       Timeline Ltd.,    127 Glen Forest Road,    Magnolia, DE 19962-1706
13632676      +Tomorrow is Yesterday,    5600 N. 2nd Streert,    Loves Park, IL 61111-4602
13632677      +Treadhead Games Legions East,    PMB-182,    1971 Western Avenue,    Albany, NY 12203-5066
13632678      +Twilight Creations, Inc.,    6103 Cabin Creek East,    Newport, KY 41076-9159
13632679      +Tynes Cowan Corp.,    dba Pagan Publishing & Armit,    5536  25th Avenue NE,
                 Seattle, WA 98105-2415
13632683       UPS,   Lockbox 577,    Carol Stream, IL 60132-0577
13632684      +US Bank - United Recovery Systems,    5800 North Course Drive,    Houston, TX 77072-1613
13632680      +Uberplay Entertainment,    470 Country Lane - #2,    Santa Clara, UT 84765-5653
13632681       United Parcel Service,    Lockbox 577,    Carol Stream, IL 60132-0577
13632682      +Upper Deck,    13326 Collection Center Drive,    Chicago, IL 60693-0133
13632686      +War Torn Worlds,    4810 Kenmar Road,    Sacramento, CA 95835-1017
```

```
District/off: 0752-3          User: cbachman              Page 3 of 3                  Date Rcvd: Jan 15, 2010
Case: 09-70887                Form ID: pdf006             Total Noticed: 166
```

```
13632687       Wizards of the Coast,    PO Box 403050,    Atlanta, GA 30384-3050
13632688      +Wizards of the Coast, Inc,    1801 Lind Ave SW,    Renton, WA 98057-3368
13632689       Worthington Games,    PO Box 62725,    Virginia Beach, VA 23466-2725
14101360      +Yellow Book USA (MPM),    c/o RMS Bankruptcy Recovery Services,    POB 5126,
                Timonium, MD 21094-5126
13632690       Yellow Book USA -West,    PO Box 6448,    Carol Stream, IL 60197-6448
13632691      +Z-Man Games,   6 Alan Drive,    Mahopac, NY 10541-3301
13632692      +Zipwhaa, Inc.,    547 Bluebird Drive,    Bolingbrook, IL 60440-4878
The following entities were noticed by electronic transmission on Jan 15, 2010.
tr            +E-mail/Text: KATHY@EGBBL.COM                                  Megan G Heeg,
                Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,    Dixon, IL 61021-0447
13632569      +E-mail/Text: legalcollections@comed.com                               ComEd Bankruptcy Group,
                2100 Swift Drive,    Oak Brook, IL 60523-1559
13632578       E-mail/Text: CustomerNoticesEast@dexknows.com                         DEX,   8519 Innovation Way,
                Chicago, IL 60682-0085
13632638      +E-mail/Text: bankrup@nicor.com                               NiCor Gas - Bankruptcy Dept.,
                1844 Ferry Road,    Naperville, IL 60563-9600
14194425      +E-mail/Text: bankrup@nicor.com                               Nicor Gas,   PO Box 549,
                Aurora IL 60507-0549
13632685      +E-mail/PDF: bankruptcyverizoncom@afni.com Jan 16 2010 00:49:11
                Verizon Bankruptcy Administration,    404 Brock Drive,    Bloomington, IL 61701-2654
                                                                                                 TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13632567       Clash of Arms Games,    PO Box 212,    DE 19742
aty*          +Megan G Heeg,    Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,
                Dixon, IL 61021-0447
13632610*      Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,   Chicago, IL 60664-0338
                                                                                                 TOTALS: 1, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 17, 2010**               **Signature:** _Joseph Speetjens_