**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ROCKFORD DIVISION**

| | | |
|---|---|---|
| In re: KOWALEWSKI, KIM | § | Case No. 09-70887 |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $458,111.00 | Assets Exempt: $22,512.00 |
| Total Distribution to Claimants: $7,918.18 | Claims Discharged Without Payment: $640,209.50 |
| Total Expenses of Administration: $2,444.96 | |

3) Total gross receipts of $ 10,713.14 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 350.00 (see **Exhibit 2**), yielded net receipts of $10,363.14 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $780,169.40 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,444.96 | 2,444.96 | 2,444.96 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 34,430.16 | 26,633.04 | 14,863.04 | 7,918.18 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 580,066.78 | 358,441.69 | 356,815.69 | 0.00 |
| **TOTAL DISBURSEMENTS** | $614,496.94 | $1,167,689.09 | $374,123.69 | $10,363.14 |

4)  This case was originally filed under Chapter 7 on March 12, 2009.
. The case was pending for 17 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as   **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/19/2010_____    By:  /s/MEGAN G. HEEG_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 tax refunds but subject to seizure (fed) | 1224-000 | 7,813.00 |
| TAX REFUNDS | 1224-000 | 2,896.00 |
| Interest Income | 1270-000 | 4.14 |
| **TOTAL GROSS RECEIPTS** | | $10,713.14 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Kim Kowalewski | exempt portion from tax refunds | 8100-002 | 350.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $350.00 |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Neal Rieken | 4110-000 | N/A | 640,403.33 | 0.00 | 0.00 |
| First National Bank & Trust | 4110-000 | N/A | 139,766.07 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | $0.00 | $780,169.40 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,786.21 | 1,786.21 | 1,786.21 |
| MEGAN G. HEEG | 2200-000 | N/A | 6.50 | 6.50 | 6.50 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 640.00 | 640.00 | 640.00 |
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 12.25 | 12.25 | 12.25 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,444.96 | 2,444.96 | 2,444.96 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Revenue Bankruptcy Section | 5200-000 | 3,500.00 | 11,770.00 | 0.00 | 0.00 |
| Internal Revenue Service | 5800-000 | 22,340.16 | 14,863.04 | 14,863.04 | 7,918.18 |
| Internal Revenue Service | 5200-000 | 8,590.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 34,430.16 | 26,633.04 | 14,863.04 | 7,918.18 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PSI | 7100-000 | N/A | 2,392.12 | 2,392.12 | 0.00 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | 23,707.00 | 25,044.01 | 25,044.01 | 0.00 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | 19,671.29 | 20,709.92 | 20,709.92 | 0.00 |
| PYOD LLC its successors and assigns as assignee of | 7100-000 | 1,915.00 | 2,183.76 | 2,183.76 | 0.00 |
| Hasbro Receivables Funding LLC | 7100-000 | 121,369.91 | 121,369.91 | 121,369.91 | 0.00 |
| Palladium Books | 7100-000 | 3,829.00 | 3,815.04 | 3,815.04 | 0.00 |
| Privateer Press | 7100-000 | 5,804.16 | 7,993.91 | 7,993.91 | 0.00 |
| Illinois Department of Revenue Bankruptcy Section | 7100-000 | N/A | 1,626.00 | 0.00 | 0.00 |
| Dan Verssen Games | 7100-000 | 459.76 | 459.76 | 459.76 | 0.00 |
| Richard Piper | 7100-000 | 585.63 | 615.28 | 615.28 | 0.00 |
| Gale Force 9 | 7100-000 | 850.00 | 890.00 | 890.00 | 0.00 |
| Interline Brands Inc | 7100-000 | 534.45 | 534.45 | 534.45 | 0.00 |
| Paizo Publishing | 7100-000 | 4,378.30 | 5,889.63 | 5,889.63 | 0.00 |
| SSDC, Inc. | 7100-000 | 575.06 | 682.44 | 682.44 | 0.00 |
| Neal Rieken | 7100-000 | N/A | 26,137.98 | 26,137.98 | 0.00 |
| Diamond Distributors, Inc. | 7100-000 | 16,960.68 | 25,414.40 | 25,414.40 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Testors Corporation | 7100-000 | 2,069.66 | 2,069.66 | 2,069.66 | 0.00 |
| American Express Bank FSB | 7100-000 | 8,149.02 | 8,588.51 | 8,588.51 | 0.00 |
| American Express Bank FSB | 7100-000 | 3,999.73 | 4,163.58 | 4,163.58 | 0.00 |
| Shelia Jascemskaas | 7100-000 | 12,836.00 | 15,537.00 | 15,537.00 | 0.00 |
| Yellow Book USA (MPM) | 7100-000 | 725.89 | 3,512.00 | 3,512.00 | 0.00 |
| Steve Jackson Games | 7100-000 | 16,225.41 | 16,464.01 | 16,464.01 | 0.00 |
| Atlas Games | 7100-000 | 4,041.68 | 4,041.68 | 4,041.68 | 0.00 |
| Nicor Gas | 7100-000 | 1,828.22 | 1,112.76 | 1,112.76 | 0.00 |
| Fantasy Flight Games | 7200-000 | 14,871.00 | 14,859.01 | 14,859.01 | 0.00 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7200-000 | 23,507.00 | 25,348.33 | 25,348.33 | 0.00 |
| FIA CARD SERVICES, NA/BANK OF AMERICA | 7200-000 | 16,369.12 | 16,986.54 | 16,986.54 | 0.00 |
| Minden Games | 7100-000 | 645.10 | N/A | N/A | 0.00 |
| MCI | 7100-000 | 111.60 | N/A | N/A | 0.00 |
| McDonald Modular Solutions, Inc. | 7100-000 | 690.00 | N/A | N/A | 0.00 |
| Loves Park Water Department | 7100-000 | 33.70 | N/A | N/A | 0.00 |
| Lone Wolf Development | 7100-000 | 478.80 | N/A | N/A | 0.00 |
| Loony Labs | 7100-000 | 456.80 | N/A | N/A | 0.00 |
| Max Protection LLC | 7100-000 | 3,786.75 | N/A | N/A | 0.00 |
| Mongoose Publishing McFarland State Bank | 7100-000 | 8,989.67 | N/A | N/A | 0.00 |
| Omega Games | 7100-000 | 128.99 | N/A | N/A | 0.00 |
| Paetec | 7100-000 | 279.12 | N/A | N/A | 0.00 |
| On Military Matters | 7100-000 | 346.05 | N/A | N/A | 0.00 |
| Office Depot Credit Plan | 7100-000 | 3,650.63 | N/A | N/A | 0.00 |
| New England Simulations | 7100-000 | 225.00 | N/A | N/A | 0.00 |
| Northern Illinois Imaging | 7100-000 | 2,256.00 | N/A | N/A | 0.00 |
| Monday Knight Productions | 7100-000 | 418.93 | N/A | N/A | 0.00 |
| Multi Man Publishing | 7100-000 | 2,133.60 | N/A | N/A | 0.00 |
| Legio X Inc. | 7100-000 | 338.00 | N/A | N/A | 0.00 |
| Miniature Building Authority | 7100-000 | 2,994.50 | N/A | N/A | 0.00 |
| Khyber Pass Games | 7100-000 | 216.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Hot Wire Foam Factory | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| IHC Swedish American Emergency Physicians | 7100-000 | 108.00 | N/A | N/A | 0.00 |
| Idearc Media Corp. | 7100-000 | 295.00 | N/A | N/A | 0.00 |
| Historical Military Services | 7100-000 | 142.00 | N/A | N/A | 0.00 |
| Hinckley Springs | 7100-000 | 21.38 | N/A | N/A | 0.00 |
| Heat of Battle Steve Dethlefsen | 7100-000 | 158.00 | N/A | N/A | 0.00 |
| Hidden City Games | 7100-000 | 2,850.90 | N/A | N/A | 0.00 |
| Hero Games | 7100-000 | 660.45 | N/A | N/A | 0.00 |
| Impressions Adv. & Marketing | 7100-000 | 13,343.92 | N/A | N/A | 0.00 |
| Inmediares Productions, LLC Catalyst Game Labs | 7100-000 | 5,249.78 | N/A | N/A | 0.00 |
| PC Tech 2U | 7100-000 | unknown | N/A | N/A | 0.00 |
| L2 Design Group | 7100-000 | 2,349.00 | N/A | N/A | 0.00 |
| Koplow Games | 7100-000 | 1,119.29 | N/A | N/A | 0.00 |
| Keystone Insurance Agency | 7100-000 | 11,136.00 | N/A | N/A | 0.00 |
| Key 20 Direct | 7100-000 | 1,146.63 | N/A | N/A | 0.00 |
| Inner City Games Designs | 7100-000 | 152.22 | N/A | N/A | 0.00 |
| Kenzer & Company | 7100-000 | 2,455.54 | N/A | N/A | 0.00 |
| Iron Wind Metals LLC | 7100-000 | 3,396.00 | N/A | N/A | 0.00 |
| Laughing Pan Productions | 7100-000 | 83.88 | N/A | N/A | 0.00 |
| PSI | 7100-000 | 4,295.67 | N/A | N/A | 0.00 |
| Per Mar Security | 7100-000 | 268.14 | N/A | N/A | 0.00 |
| Twilight Creations, Inc. | 7100-000 | 3,446.43 | N/A | N/A | 0.00 |
| Tynes Cowan Corp. dba Pagan Publishing & Armit | 7100-000 | 227.75 | N/A | N/A | 0.00 |
| Treadhead Games Legions East | 7100-000 | 532.49 | N/A | N/A | 0.00 |
| Swedish American Hospital | 7100-000 | 979.00 | N/A | N/A | 0.00 |
| Timeline Ltd. | 7100-000 | 153.16 | N/A | N/A | 0.00 |
| Stuart Lind | 7100-000 | 4,500.00 | N/A | N/A | 0.00 |
| Supplies Are US LLC | 7100-000 | 1,393.65 | N/A | N/A | 0.00 |
| Uberplay Entertainment | 7100-000 | 2,255.24 | N/A | N/A | 0.00 |
| Upper Deck | 7100-000 | 7,249.91 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| United Parcel Service | 7100-000 | 6,401.47 | N/A | N/A | 0.00 |
| Z-Man Games | 7100-000 | 2,121.59 | N/A | N/A | 0.00 |
| Zipwhaa, Inc. | 7100-000 | 101.79 | N/A | N/A | 0.00 |
| Worthington Games | 7100-000 | 637.72 | N/A | N/A | 0.00 |
| Verizon Bankruptcy Administration | 7100-000 | 523.84 | N/A | N/A | 0.00 |
| War Torn Worlds | 7100-000 | 451.37 | N/A | N/A | 0.00 |
| UPS | 7100-000 | 121.94 | N/A | N/A | 0.00 |
| US Bank - United Recovery Systems | 7100-000 | 603.01 | N/A | N/A | 0.00 |
| Stuart Lind | 7100-000 | 2,390.00 | N/A | N/A | 0.00 |
| Simmons Games | 7100-000 | 360.00 | N/A | N/A | 0.00 |
| Squadron Signal Tools | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| Renaissance Enterprises | 7100-000 | 693.00 | N/A | N/A | 0.00 |
| Rio Grande Games | 7100-000 | 5,399.86 | N/A | N/A | 0.00 |
| R Talsorian Game, Inc. | 7100-000 | 325.80 | N/A | N/A | 0.00 |
| Polymancer Studios | 7100-000 | 105.00 | N/A | N/A | 0.00 |
| Guyer & Enichen | 7100-000 | 353.50 | N/A | N/A | 0.00 |
| Pitney Bowes Financial Services | 7100-000 | 179.54 | N/A | N/A | 0.00 |
| Pitney Bowes Purchase Power | 7100-000 | 2,555.65 | N/A | N/A | 0.00 |
| Robart Mfg., Inc. | 7100-000 | 1,138.80 | N/A | N/A | 0.00 |
| Rock River Disposal | 7100-000 | 518.65 | N/A | N/A | 0.00 |
| Rock Energy Coop | 7100-000 | 327.47 | N/A | N/A | 0.00 |
| Sabol Designs, Inc. | 7100-000 | 456.75 | N/A | N/A | 0.00 |
| Silver Fox Productions, Inc. | 7100-000 | 1,022.38 | N/A | N/A | 0.00 |
| RSM McGladrey, Inc. | 7100-000 | 1,100.00 | N/A | N/A | 0.00 |
| Rockford Gastroenterology Assoc. | 7100-000 | 380.00 | N/A | N/A | 0.00 |
| Rockford Register Star | 7100-000 | 135.96 | N/A | N/A | 0.00 |
| Rock River Internet | 7100-000 | 1,296.00 | N/A | N/A | 0.00 |
| Rock River Internet | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| Pierce Box & Paper | 7100-000 | 955.95 | N/A | N/A | 0.00 |
| Gorilla Games | 7100-000 | 835.64 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Radiology Consultants of Rockford | 7100-000 | 461.00 | N/A | N/A | 0.00 |
| Alderac Entertainment Group | 7100-000 | 7,589.52 | N/A | N/A | 0.00 |
| Aegis Studios | 7100-000 | 10.00 | N/A | N/A | 0.00 |
| ACD Distribution | 7100-000 | 2,774.68 | N/A | N/A | 0.00 |
| Internal Revenue Service | 7100-000 | 2,800.00 | N/A | N/A | 0.00 |
| Swedish American Medical Group | 7100-000 | 119.98 | N/A | N/A | 0.00 |
| Amarillo Design Bureau, Inc. | 7100-000 | 905.27 | N/A | N/A | 0.00 |
| Attorney Travis Porter Greenspan & Douglas, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| Avalanche Press Ltd. | 7100-000 | 1,157.67 | N/A | N/A | 0.00 |
| Australian Design Group | 7100-000 | 390.53 | N/A | N/A | 0.00 |
| AT&T Bankruptcy Department | 7100-000 | 211.91 | N/A | N/A | 0.00 |
| AT&T | 7100-000 | 182.38 | N/A | N/A | 0.00 |
| Amcore Bank, NA | 7100-000 | 132.14 | N/A | N/A | 0.00 |
| Asmodee Editions | 7100-000 | 1,908.80 | N/A | N/A | 0.00 |
| Amcore Bank, NA | 7100-000 | 900.00 | N/A | N/A | 0.00 |
| Guyer & Enichen | 7100-000 | 1,547.00 | N/A | N/A | 0.00 |
| Beckett Media, LP | 7100-000 | 761.19 | N/A | N/A | 0.00 |
| F&W Media Bulk Payments | 7100-000 | 89.40 | N/A | N/A | 0.00 |
| Face to Face | 7100-000 | 441.00 | N/A | N/A | 0.00 |
| F&W Publications | 7100-000 | 1,706.40 | N/A | N/A | 0.00 |
| Elfinwerks | 7100-000 | 144.00 | N/A | N/A | 0.00 |
| Elfin Enterprises | 7100-000 | 147.86 | N/A | N/A | 0.00 |
| Dell Business Credit | 7100-000 | 1,500.10 | N/A | N/A | 0.00 |
| Elder Signs Press | 7100-000 | 72.60 | N/A | N/A | 0.00 |
| DEX | 7100-000 | 719.45 | N/A | N/A | 0.00 |
| Far Future Enterprises | 7100-000 | 219.20 | N/A | N/A | 0.00 |
| Flying Buffalo | 7100-000 | 859.61 | N/A | N/A | 0.00 |
| Fed Ex | 7100-000 | 1,987.09 | N/A | N/A | 0.00 |
| Green Ronin Publishing | 7100-000 | 8,974.06 | N/A | N/A | 0.00 |
| Great American | 7100-000 | 162.98 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| GMT Games | 7100-000 | 6,343.15 | N/A | N/A | 0.00 |
| Games Workshop Midwest | 7100-000 | 12,314.89 | N/A | N/A | 0.00 |
| Flying Frog Productions | 7100-000 | 2,301.51 | N/A | N/A | 0.00 |
| Games Workshop | 7100-000 | 2,599.34 | N/A | N/A | 0.00 |
| Gallant Hands Gamers Gear % Debbie & Don Veilhaber | 7100-000 | 730.58 | N/A | N/A | 0.00 |
| Dell Business Credit | 7100-000 | 90.86 | N/A | N/A | 0.00 |
| Darkfuries Publishing | 7100-000 | 90.86 | N/A | N/A | 0.00 |
| Decision Games | 7100-000 | 2,279.03 | N/A | N/A | 0.00 |
| Charles May | 7100-000 | 7,102.00 | N/A | N/A | 0.00 |
| Citi Cards | 7100-000 | 562.76 | N/A | N/A | 0.00 |
| Charter Service | 7100-000 | 269.99 | N/A | N/A | 0.00 |
| Chaosium, Inc. | 7100-000 | 584.48 | N/A | N/A | 0.00 |
| Business Card | 7100-000 | 13,624.04 | N/A | N/A | 0.00 |
| Blackhawk Hobby Distributors | 7100-000 | 4,324.49 | N/A | N/A | 0.00 |
| Bounding Fire Productions | 7100-000 | 360.00 | N/A | N/A | 0.00 |
| Bonnel Heating & A/C, Inc. | 7100-000 | 93.75 | N/A | N/A | 0.00 |
| Citi Ready Credit | 7100-000 | 11,707.76 | N/A | N/A | 0.00 |
| Cloud Kingdom Games | 7100-000 | 201.72 | N/A | N/A | 0.00 |
| Clash of Arms Games | 7100-000 | 4,327.20 | N/A | N/A | 0.00 |
| Blackhawk Hobby & Distributors, Inc | 7100-000 | 31,846.00 | N/A | N/A | 0.00 |
| Curtis Circulation Company Specialty Sales Department | 7100-000 | 852.25 | N/A | N/A | 0.00 |
| Crystal Caste Dice | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| Critical Hit, Inc. | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| Compass Games, LLC | 7100-000 | 519.45 | N/A | N/A | 0.00 |
| ComEd Bankruptcy Group | 7100-000 | 910.53 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 580,066.78 | 358,441.69 | 356,815.69 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-70887

**Case Name:** KOWALEWSKI, KIM

**Period Ending:** 07/19/10

**Trustee:** (330490)  MEGAN G. HEEG

**Filed (f) or Converted (c):** 03/12/09 (f)

**§341(a) Meeting Date:** 04/24/09

**Claims Bar Date:** 07/29/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 902 10th Ave, Rockford IL Fee simple | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 5600 - 5608 N 2nd St & 422-426 Grand, Park, IL f | 400,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | US Bank - checking for Tomorrow is Yesterday | 80.00 | 0.00 | DA | 0.00 | FA |
| 4 | US Bank - checking | 100.00 | 0.00 | DA | 0.00 | FA |
| 5 | US Bank - checking | 80.00 | 0.00 | DA | 0.00 | FA |
| 6 | Commonwealth Edison - utility deposit | 900.00 | 0.00 | DA | 0.00 | FA |
| 7 | Normal complement of household goods | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Normal complement of clothing | 250.00 | 0.00 | DA | 0.00 | FA |
| 9 | Misc jewelry and wristwatch | 200.00 | 0.00 | DA | 0.00 | FA |
| 10 | (2) New York Life - whole life insurance - siste | 842.00 | 0.00 | DA | 0.00 | FA |
| 11 | 100% of Blackhawk Hobby Distributors, Inc | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | 100% of Tomorrow Is Yesterday, Inc | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2008 tax refunds but subject to seizure (fed)  (u)<br>  Debtor tendered federal refund check to the Estate<br>at Section 341 meeting | 10,709.00 | 7,813.00 | | 7,813.00 | FA |
| 14 | Tomorrow Is Yesterday - loan due officer - $136, | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | 2003 Toyota Highlander | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 16 | Home computer, printer and fax | 150.00 | 0.00 | DA | 0.00 | FA |
| 17 | 9 cats | 9.00 | 0.00 | DA | 0.00 | FA |
| 33 | TAX REFUNDS  (u)<br>  Post-bankruptcy filing, Ill Dept of Revenue seized<br>Debtor's state tax refund.  Ill Dept of Revenue will<br>return - but it may be some time because of its budget<br>problems. | 0.00 | 2,896.00 | | 2,896.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 4.14 | FA |
| **19** | **Assets**    **Totals** (Excluding unknown values) | **$468,820.00** | **$10,709.00** | | **$10,713.14** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-70887

**Case Name:**    KOWALEWSKI, KIM

**Period Ending:** 07/19/10

**Trustee:**        (330490)    MEGAN G. HEEG

**Filed (f) or Converted (c):** 03/12/09 (f)

**§341(a) Meeting Date:**    04/24/09

**Claims Bar Date:**        07/29/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) <br><br> Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**    October 30, 2009    **Current Projected Date Of Final Report (TFR):**    January 12, 2010  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-70887

**Case Name:** KOWALEWSKI, KIM

**Taxpayer ID #:** **-***9284

**Period Ending:** 07/19/10

**Trustee:** MEGAN G. HEEG (330490)

**Bank Name:** JPMORGAN CHASE BANK, N.A.

**Account:** ***-*****92-65 - Money Market Account

**Blanket Bond:** $1,500,000.00  (per case limit)

**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/27/09 | {13} | United States Treasury | Federal 2008 tax refund | 1224-000 | 7,813.00 | | 7,813.00 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.02 | | 7,813.02 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.30 | | 7,813.32 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.34 | | 7,813.66 |
| 07/31/09 | {33} | Dept. of Treasurer | State of IL 2008 tax refund | 1224-000 | 2,896.00 | | 10,709.66 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.32 | | 10,709.98 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.43 | | 10,710.41 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.43 | | 10,710.84 |
| 10/08/09 | 1001 | Kim Kowalewski | exempt portion from tax refunds | 8100-002 | | 350.00 | 10,360.84 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.43 | | 10,361.27 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.43 | | 10,361.70 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.43 | | 10,362.13 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.40 | | 10,362.53 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.39 | | 10,362.92 |
| 03/15/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.22 | | 10,363.14 |
| 03/15/10 | | To Account #********9266 | final distribution | 9999-000 | | 10,363.14 | 0.00 |

|  | | | ACCOUNT TOTALS | 10,713.14 | 10,713.14 | $0.00 |
|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | 0.00 | 10,363.14 | |
| | | | **Subtotal** | **10,713.14** | **350.00** | |
| | | | Less: Payments to Debtors | | 350.00 | |
| | | | **NET Receipts / Disbursements** | **$10,713.14** | **$0.00** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-70887 | |
| **Case Name:** KOWALEWSKI, KIM | |
| | |
| **Taxpayer ID #:** **-***9284 | |
| **Period Ending:** 07/19/10 | |

| | |
|---|---|
| **Trustee:** | MEGAN G. HEEG (330490) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****92-66 - Checking Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/15/10 | | From Account #********9265 | final distribution | 9999-000 | 10,363.14 | | 10,363.14 |
| 04/06/10 | | Wire out to BNYM account 9200******9266 | Wire out to BNYM account 9200******9266 | 9999-000 | -10,363.14 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **0.00** | **0.00** | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **0.00** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$0.00** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-70887
**Case Name:** KOWALEWSKI, KIM

**Taxpayer ID #:** **-***9284
**Period Ending:** 07/19/10

**Trustee:** MEGAN G. HEEG (330490)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******92-66 - Checking Account
**Blanket Bond:** $1,500,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********9266 | Wire in from JPMorgan Chase Bank, N.A. account ********9266 | 9999-000 | 10,363.14 | | 10,363.14 |
| 05/25/10 | 10101 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $640.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 640.00 | 9,723.14 |
| 05/25/10 | 10102 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $12.25, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 | | 12.25 | 9,710.89 |
| 05/25/10 | 10103 | Internal Revenue Service | Dividend paid  53.27% on $14,863.04; Claim# 20; Filed: $14,863.04; Reference: | 5800-000 | | 7,918.18 | 1,792.71 |
| 05/25/10 | 10104 | MEGAN G. HEEG | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 1,792.71 | 0.00 |
| | | | Dividend paid 100.00%          1,786.21 on $1,786.21;  Claim# ; Filed: $1,786.21 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%              6.50 on $6.50;  Claim# ; Filed: $6.50 | 2200-000 | | | 0.00 |

|  | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 10,363.14 | 10,363.14 | $0.00 |
| Less: Bank Transfers | 10,363.14 | 0.00 | |
| **Subtotal** | 0.00 | 10,363.14 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $10,363.14 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # ***-*****92-65** | 10,713.14 | 0.00 | 0.00 |
| **Checking # ***-*****92-66** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******92-66** | 0.00 | 10,363.14 | 0.00 |
| | $10,713.14 | $10,363.14 | $0.00 |